

# Registered Student Organization Handbook

**2016 - 2017**

## Table of Contents

Preface ...................................................................................................................... 4

Student Life at Queens College ..................................................................... 4

The Office of Student Development & Leadership ...................................... 5
  Mission ...................................................................................................................... 5
  Vision ........................................................................................................................ 5
  Staff ........................................................................................................................... 5

Student Union ........................................................................................................ 6

Queens College Association ............................................................................. 6

Student Association ............................................................................................. 7

Registered Student Organizations (RSOs) ................................................... 7
  New RSOs Recognition Process ................................................................................. 8
    Campus Affairs Committee (CAC) ......................................................................... 8
  Organization Constitution ......................................................................................... 9
  Re-chartering Process ............................................................................................... 9
    Frozen RSO status ................................................................................................. 9
  Annual RSO Audit ...................................................................................................... 9
  RSO Categories ......................................................................................................... 10
  RSO Leadership ......................................................................................................... 10
  RSO Advisors ............................................................................................................. 11
    Campus Advisor Responsibilities ......................................................................... 11
    RSO Responsibility to the Campus Advisor .......................................................... 11
  RSO Office Space ...................................................................................................... 12

Event Planning Procedures .............................................................................. 13
  How to Plan a Successful Event .............................................................................. 13
    Brainstorming ....................................................................................................... 13
    Program Development Meeting ............................................................................. 13
    Event Space Reservations Procedures ................................................................. 13
    Tips, Tricks, & Reminders ..................................................................................... 15
    Evaluation ............................................................................................................. 15

Event Planning Policies ..................................................................................... 16
  Food Services & Catering ........................................................................................ 16
  Booking Performers/Speakers ................................................................................ 17
  Contracting Performers & Vendors ......................................................................... 17
  Marketing & Publicity .............................................................................................. 18
  Photography & Videography .................................................................................... 18
  Alcoholic Beverage Control ..................................................................................... 19
  Use of Campus Facilities & the Student Union ....................................................... 19
    Student Union ....................................................................................................... 19
  Inviting Distinguished Guests & Dignitaries ........................................................... 23

Budget & Financial Guidelines ........................................................................ 24
  General Guidelines ................................................................................................... 24
  Budget Request Processes and Procedures ............................................................ 24
    8 Steps: the Budget Review Process .................................................................... 25

Budget Request Forms.................................................................................................26
**Budget Submission Penalties**.................................................................................**26**
**Budget Restrictions**......................................................................................................**26**
**Line Transfers**................................................................................................................**26**
**New Organization Starter Kit**..................................................................................**27**
**Expenditures**..................................................................................................................**27**
Equipment Purchases.................................................................................................27
Postage.............................................................................................................................27
Payment Authorization..............................................................................................28
**Purchase Orders**............................................................................................................**28**
Purchase Order System.............................................................................................28
Invoices............................................................................................................................29
Co-sponsorship..............................................................................................................29
Advances..........................................................................................................................29
Bidding..............................................................................................................................30
Soul Source Bids............................................................................................................30
**Revenue**............................................................................................................................**31**
Revenue from Student Sponsored Events...........................................................31
Revenue from Membership.......................................................................................31
Ticket Revenue System..............................................................................................31
Complimentary Tickets..............................................................................................32

**Travel Guidelines**..............................................................................................................**33**
**Travel Authorization**...................................................................................................**33**
**Travel Policies for Attendance at Conferences/Conventions** ......................**33**
**Travel Allowances**........................................................................................................**34**
Meal Allowances for Non-Overnight Travel .......................................................34
Guidelines For Parking Fees.....................................................................................35
**Travel Expense Report**...............................................................................................**35**

**Appendix**...............................................................................................................................**36**

## Preface

This handbook is designed to provide Queens College student organizations with easy access to policies and procedures related to all areas of organizational activity and to assist them in functioning effectively in conjunction with the Queens College, the City University of New York, Queens College Student Union and Queens College Association. All student leaders should familiarize themselves with the contents of this handbook, including the policies of the Office of Student Development & Leadership and the Student Association. Student organizations are responsible for becoming familiar with the contents of this guidebook and for maintaining the organization in good standing with the College by closely following the policies and procedures contained herein. This responsibility rests *solely* on the student organization, and all organizations should realize that they are held accountable for the contents of the handbook.

## Student Life at Queens College

Student life is a collective effort at Queens College.  First, students with a common bond may seek to form a student organization.  Second, student government along with the Office of Student Development & Leadership has the responsibility to charter and recognize those organizations.  Office of Student Development & Leadership and the Dean of Students provide assistance to student organizations with event organizing and execution, leadership development and general organizational dynamics. The Queens College Association provides financial support to student organizations.

### ***The General Purpose of student life at Queens College is:***

- To provide a well balanced, meaningful and diversified program of cultural, recreational, intellectual, and social experiences, responsive to the needs and desires of the students.
- To provide an opportunity for student development through participation in planning, coordinating, and carrying out events.
- To provide for the total integration of co-curricular programming with the educational mission of Queens College.
- To provide students opportunities to develop and practice leadership skills.
- To understand and assume their roles as an active participant in the campus and global community.

# The Office of Student Development & Leadership

## Mission

The Office of Student Development & Leadership exists to create and support co-curricular activities that allow students to grow personally, develop life skills, explore new ideas, test their values, and assume responsibility in an environment characterized to both challenge and support.  This is accomplished through a serious of social, educational, and recreational programs as well as structured leadership development workshops and individual advisement.

Office of Student Development & Leadership staff is here to assist individuals and groups in a variety of areas:

- Event organization
- Event evaluation
- Fiscal management and planning
- Publicity
- Vendors

## Vision

The vision of the Office of Student Development & Leadership is to enhance the overall student experience at Queens College by providing co-curricular opportunities for all students on campus.

## Staff

The Office of Student Development & Leadership is open for business Monday- Friday from 9:00 a.m. to 5:00 p.m.

| **Dean of Students** | **(718) 997-3960** |
| **Student Union 300** | |
| Executive Director & Dean of Students | Dr. John Andrejack |
| Assistant to the Executive Director | Brenda Bishop-Jones |
| | |
| **Office of Student Development & Leadership** | **(718) 997-3970** |
| **Student Union 327** | |
| Associate Director of Student Development & Leadership | Judy Krinitz |
| Student Development & Leadership Coordinator | Severino Randazzo |
| Student Development & Leadership Coordinator | Siana Stone |
| Office Manager | Jane Nevins-Schade |
| Director of Health & Wellness | Andrew Dillon |
| | |
| **College Association Business Office** | **(718) 997-4242** |
| **Student Union 203** | |
| College Association Business Manager | Charolette Nicholson |
| College Association Assistant | VACANT |

## Student Union

The primary mission of the Queens College Student Union is to serve as the community center for all members of the Queens College community students, faculty, staff, alumni, guests, and friends. In addition, the Student Unions serves as part of the educational program of the college by providing opportunities for student development through volunteer service, employment, and self-directed activity.

The services provided by the Student Union include:
- Lounge space and Student Organization office space
- Student Organization advisement
- SA Diner
- Parking Garage
- Religious Centers
- Conference Rooms

## Queens College Association

The Queens College Association (QCA) has responsibility for the supervision and review of student activity fee supported budgets. The Association reviews all budgets to ensure they conform with all rules and regulations of QCA, Queens College, City University of New York (CUNY) and other applicable Federal and State regulations.

The QCA Board of Directors has the responsibility to disapprove any allocation or expenditure that it finds inappropriate, improper or inequitable.

A Board of Directors oversees the Association. The Board is composed of the five student government presidents, the Vice President of the Student Association, three faculty members, three administrators and the College President. The Board has two standing committees, Budget and Equipment. The Budget Committee handles any matters involving student organization budgets, including transfers.

The Equipment Committee reviews any equipment purchases by student organizations in excess of $150.00. Student membership on QCA committees is determined by vote of the College Association Board of Directors.

The Association has developed regulations to assist student organizations in carrying out their programs. The Student Life and Activities staff is always available to assist organizations with all aspects of their organizational, programmatic and financial concerns.

## Student Association

The student government association at Queens College is referred to as the Student Association. The Student Association works with the Office of Student Development & Leadership, along with the College Association, on student organization recognition, budget allocations, and student organization office assignments.

The purpose of the Student Association is to represent students on various college committees, serve as the voice of the students, establish channels of communication within the college population, to develop campus activities, and to protect individual student and group freedoms in academic and social areas. A Full Student Senate is composed of student representatives of all five governments.

| | |
|---|---|
| **Student Association Lounge** | **Student Union 319** |
| President, Student Association | Japneet Singh |
| Vice President, Student Association | Matthew Shamash |

## Registered Student Organizations (RSOs)

The Bylaws of the City University Board of Trustees require all student organizations to register with the Office of Student Development & Leadership and the student government association. This registration permits the organization to request services from Queens College offices, use campus facilities, and apply for funding.

Registered student organizations are considered an integral part of the College's total educational program. As an officially recognized student organization, each must recognize its obligation to the educational advancement of its members.

When a student organization is recognized, it is granted the following privileges:
1. Use of the College name in the title of the organization. (ex: Juggling Club at QC)
2. Use of College facilities.
3. Listed as part of the roster of official student organizations.
4. Use of College and student publications services.
5. Use of the services of the Office of Student Development & Leadership.
6. Ability to submit a budget request to the College Association.

The procedure for registering and obtaining recognition for a student organization are discussed below. For assistance concerning the establishment of a student organization and the procedure to become a recognized organization, please see the Student Association in Student Union Room 319 or the Office of Student Development & Leadership in Student Union Room 320.

## New RSOs Recognition Process

In order to become a new recognized RSO at Queens College, students must follow the procedure described below:

- A total of 14 students must create an Organization Interest Group.
- An Organization Interest Group must include 4 executive board members (President, Vice President, Treasurer, and Secretary), as well as 10 general board members.
- An Interest Group must submit a completed New Org Packet to the Office Manager in the Office of Student Development & Leadership (SU 327). New Org packets can be found in the office or on OSDL's website.
    - New Org Packet deadlines
        - Fall – October 1st
        - Spring – February 1st
    - New Org Packets include:
        - A completed Student Organization Registration Card
        - A Statement of Purpose Form
        - A Constitution and/or Bylaws
        - A Student Organization Signature Record Form - By signing the Signature Record Form, the members state that they are currently registered Queens College students and that they have read the Constitution of the organization/club and agree to abide by the policies and regulations set forth in their Constitution and/or the Model Constitution, the Club Guidelines, and Article 15 of the CUNY Bylaws. (See appendix for copies these documents).
        - A completed roster of Interested Members
- Once an Interest Group submits their New Org Packet, they are required to meet with the **Campus Affairs Committee (CAC).**
- At a CAC meeting, Organization Interest Groups are required to present their proposed organization to the committee for approval.
- **PLEASE NOTE:** Not all Interest Groups receive approval. If an Interest Group's proposal gets rejected, they will receive recommendations from CAC for future application procedures.

If the Registration Card, Statement of Purpose, Constitution, or Signature Record of any student organization is in conflict with any official policy, or directly interferes with the operation of any other student organization, the Office of the Dean of Students and/or the appropriate student government representative shall, if necessary, suspend registration of that club and/or refer the question to the Student Judiciary.

## Campus Affairs Committee (CAC)

- The Campus Affairs Committee (CAC) is an appointed group of students affiliated with the Student Association, along with members of the Office of Student Leadership & Development professional staff.
- CAC shall monitor and enforce all RSO guidelines and submit proposed revisions of these guidelines as necessary to the Student Senate for approval. The committee shall assist

the SA President in all matters affecting registered student organization activities. In addition, the committee shall organize and coordinate events relating to campus life.
- As stated above, CAC serves as a review board for the New Organization approval process.

## Organization Constitution

The Model Constitution is binding upon the student organization in any  matter  on  which the student organization's Constitution is vague, or inconsistent. However, the organization's Constitution may override any provision of this Model Constitution except for the provisions regarding the time period for election of organization officers, the date when the organization's officers shall take office, and the minimum cumulative index requirements. (See appendix for a copy of the Model Constitution)

As stated in the Model Constitution, no person shall be denied membership or office in a student organization because of sexual preference, national origin, race, sex, physical disability, or political or religious beliefs.

## Re-chartering Process

In order to remain an active Registered Student Organization, RSO's must complete an annual Re-charter Packet. It is important for officer transition to occur before the end of the academic year. If a new executive board of an RSO does not submit a Re-charter Packet by the start of the academic year, an RSO will be frozen for the upcoming semester.

Re-charter packets can be found in the Office of Student Development & Leadership (SU 327), as well as on the office website.

## Frozen RSO status

If an RSO is frozen, they are not in good standing with the Office of Student Development or the Student Association.

Frozen RSO's will be:
- Ineligible to reserve campus space for events and meetings.
- Ineligible to apply for a budget or access the allotted budget.
- Ineligible to access their office space, if they have been assigned one.

After fifteen school days late, the College Association Budget Committee will review the budget allocation for the purpose of reallocating funds to other organizations.

In order for an RSO to become unfrozen, they must meet with their designated Student Development & Leadership Advisor (SDLA) in order to appeal their organization status.

## Annual RSO Audit

Beginning in the Spring 2017, each RSO will be required to submit an Annual RSO audit packet. The Annual RSO Audit will replace the current Re-Charter process.

All RSO Audit materials must be submitted to the Office of Student Development & Leadership by May 15th. All materials will be reviewed thoroughly by an Audit Committee in order to ensure that registered student organizations are following Queens College policies & procedures, holding regular general body meetings and elections in a timely manner, and utilizing their budget appropriately.

A completed RSO Audit packet should include:
- Minuets from all meetings where business was conducted
- Detailed breakdown of how club funds were spent (see template)
- Flyers from all events
- Detailed report of all funds raised (see template)
- Constitution/Bylaws
- A completed Student Organization Registration Card
- A Statement of Purpose Form
- A Student Organization Signature Record Form - By signing the Signature Record Form, the members state that they are currently registered Queens College students and that they have read the Constitution of the organization/club and agree to abide by the policies and regulations set forth in their Constitution and/or the Model Constitution, the Club Guidelines, and Article 15 of the CUNY Bylaws. (See appendix for copies these documents).
- A completed roster of Active Members
- Proof of Title IX training completion

## RSO Categories

All registered student organizations at Queens College are placed into one of eleven categories. Each category is assigned to a designated Student Development & Leadership Advisor (SDLA). SDLA's are professional staff members in the Office of Student Development & Leadership who act as a point person to student leaders for all organizational needs.

The RSO categories are listed below:
1. Academic
2. Arts & Entertainment
3. Business
4. Cultural & Ethnic
5. Fraternity
6. Health, Wellness, & Support Services
7. Political Interest
8. Religious & Spiritual
9. Service
10. Sciences
11. Sorority

As organizations get added to the Queens College campus community, RSO categories are subject to change.  All RSO's will receive their category and SLDA at the annual Nutz & Boltz meeting.

## RSO Leadership

In order to be an elected officer in an RSO, students must be enrolled as a full-time student for two full semesters with a 2.0 cumulative grade point average or higher.

## RSO Advisors

In order to facilitate the growth and development of registered student organizations, it is suggested that each organization have an advisor.

There are two types of advisors:

1. OSLD Advisor: Each RSO is assigned an advisor in the Office of Student Development & Leadership.
2. Campus Advisor: RSO leaders are encouraged to seek out campus faculty or staff members to help advise their organizations.

## Campus Advisor Responsibilities

The duties of an advisor should include:

- Insuring that an organization fulfills the stated aims and goals of the constitution.
- Maintaining familiarity with the policies and procedures of the College, College Association and the Student Union.
- Maintaining an open dialogue with the officers and the membership concerning the progress, plans and problems of the organization.
- Attend meetings and events scheduled by the organization.

There are certain expectations that appear to be part of the advisor's role. It may be helpful to think of the advisor's role in terms of three major areas: organizational growth, organization maintenance, and program content.

Organizational Growth - This area consists of those advisory activities that improve the operation and effectiveness of the group.

Organization Maintenance - This area seeks to maintain the existence of the student organization and to help keep it out of unnecessary difficulty. Related activities in this area should be providing advice, providing history and tradition, help the organization be aware of the importance of public relations for the organization and the College, and to assist with the understanding of the policies and procedures the organization must work under.

Program Content - Advisory activities related to program ideas and providing opportunities for the practice of classroom acquired skills, helping the student organization to apply principles and concepts learned in the classroom, pointing out new perspectives and directions to the groups, and supplying expert knowledge and some of the insights of experience.

## RSO Responsibility to the Campus Advisor

Organizations should recognize that advisors are obligated to give counsel and advise in areas of experience and in regard to good taste and conduct. The officers of the organization are responsible for keeping the advisor well informed of activities. Organizations should consult with advisors before any changes in policy, purpose, or program is undertaken.

## RSO Office Space

The Student Association Space Committee allocates designated office space to RSO's. All registered student organizations currently housed in the Student Union must reapply each year. Receiving office space in the Student Union is a privilege NOT a right. There are over 100 recognized student organizations at Queens College and space in the Student Union is limited. Organizations are evaluated based on the application and on past performance.

All organizations housed within the Student Union must abide by the following rules and regulations.  Any violation of these rules may lead to an organization losing space within the building.

1. The officers and/or organizational members will make daily use of the space.
2. Students may NOT take Student Union furniture from public spaces and place in office.
3. The office space must be used in a manner consistent with all rules and regulations.
4. The Student Union shall provide the organization with a door nameplate.
5. The organization may place a dry erase board on the door for messages and one informative flyer for each upcoming event that the organization is sponsoring. Nothing else may be placed on the outside door.
6. No electrical appliances (i.e. copy machines, coffee pots, hot plates, refrigerators, string lights, etc.) may be placed in the office.
7. No student organization may place its own lock on the door. All requests for lock maintenance must be made in writing to the Associate Director.
8. The student organization shall maintain the space in such a manner to be clean and neat.  This shall include, but not be limited to:
    o Nothing physically attached to the walls, ceilings, or floors unless preapproved.
    o Nothing may be attached to the windows or glass without prior written permission.
    o No locks may be placed on any door and/or furniture
    o All food products must be disposed of immediately in hallway receptacles.
    o No alcoholic beverages or any type of illegal substance may be consumed and/or used in an organization office.
    o No office space may be used to conduct any form of a gambling game.
    o All personal property placed on or moved in or on the premises shall be at the risk of the student and the organization.
    o The Student Union or any of its agents shall have the right to enter the premises during all hours.
    o All student organizations agree to only use the space during the hours the building is scheduled to be open, or make necessary arrangements for the additional staff required to open the building at other times.
    o The Space Committee reserves the right to reassign space during this agreement period and/or move another organization into the same space.
    o Office space is not a public meeting space and should not to be used for events or membership meetings.

All RSO Offices will be subject to routine unannounced inspections by the Office of Student Development & Leadership staff members. Any violations found in the office space, can result in immediate removal of office space privileges.

# Event Planning Procedures

All RSO's are encouraged to meet with the Office of Student Development & Leadership staff when planning programs and events. The staff has a wealth of experience and resources to assist organizations. Organizations are encouraged to schedule and coordinate their programs through the SDL Office to insure proper procedures and protocols are followed.

Events must be scheduled in accordance with Queens College policy. A [Facilities Reservation Request Form] must be completed for all events held on campus. Student organizations are encouraged to hold events on campus. If an event is to be held off campus, the sponsoring organization is responsible to insure that all insurance and liability issues are resolved before submitting any requests for payment.

## How to Plan a Successful Event

Below you will find the detailed steps developed to assist organizations in planning successful events at Queens College.

### Brainstorming

RSO's should discuss details of the event such as type (lecture, dance, meeting, etc.) and theme with general membership or committee members. RSO leaders should research the cost of the event, contact prospective speakers, or performers, and discuss tentative plans.

Remember, oral contracts are NOT permitted. Contracts are not binding until they are in writing, and signed by a representative of the Student Life and Activities Office. Once an idea has been generated and research has been completed, the next phases of event planning can begin.

### Program Development Meeting

1. RSO leaders should schedule an appointment with their designated SDLA in the Office of Student Development & Leadership.
2. RSO leaders should come prepared with their ideas and discuss the event details with their SDLA.
3. During this meeting, the RSO leaders should:
   a. Pick a tentative date for the event, and choose alternative dates.
   b. Determine an estimated budget for the event.
   c. Determine the location, and alternate locations for the event.
   d. Begin to complete a Program Authorization Form.
4. Before the meeting is complete, RSO leaders should ensure that they receive a signature from a designated OSDL staff member to ensure that the program has been approved and the RSO has the necessary funding to proceed.

### Event Space Reservations Procedures

Once an RSO leader meets with a staff member from the Office of Student Development & Leadership, they are ready to reserve a space for their event. There are three types of Event Space on campus, Student Union Event Space, Non Student Union Event Space, and The Summit Apartments Event Space.

### Reserving Student Union Event Space

Any space located in the Student Union must be reserved through the Student Union Conference Center.  There are multiple event spaces available in the Student Union, including the Student Union Ballroom, multiple conference rooms on the 3rd, 4th floor, and Lower Level, as well as the Fish Bowl located in the SA Diner.

In order to reserve a space in the Student Union, after meeting with OSDL staff members, an RSO must complete the rest of the Program Authorization form and submit a completed copy to a Reservation Specialist in the Student Union Conference Center (Student Union 100).

When completing a reservation request with the Conference Center, RSO's should identify multiple locations in the Student Union that could best serve the needs of their event, just incase space is not available. Once a completed Program Authorization form has been submitted, please allow 1-2 business days for a confirmation from the Conference Center staff. All forms must be submitted at least 2 weeks prior to an event. Submission of this form does not confirm a reservation. RSO's must submit a signed confirmation to the Conference Center staff (SU 100) in order to confirm their space reservation request.

### Reserving Non-Student Union Event Space

Non-Student Union event space includes any event space on campus that is outside of the Student Union which includes the Quad, academic buildings, Rosenthal Library, etc.  The Dining Hall is no longer considered Student Union event space.

In order to reserve Non-Student Union event space, RSO leaders must complete a Non-SU Space Request form after meeting with an Office of Student Development & Leadership staff member.  A Non-SU Space Request form must be signed and stamped by an OSDL staff member and then submitted to Sylvia Hernandez in the Events Office (Kiely Hall Room 413A). RSO leaders will receive a confirmation email when the Space Reservation is complete. Please allow 1-2 business days for your space request to be approved.

If reserving a Non-SU Space, RSO's will need to complete and submit a Request for Media Services form to Kiely Hall Room 226 if any technology is needed.

### Reserving Space in the Summit

The Summit Apartments has space available for RSO's to reserve including the Muyskens Conference room (MCR), lounge space, a smaller conference room, and the outdoor quadrangle.

In order to reserve space at The Summit Apartments, RSO leaders must complete a Summit Reservation Request form and submit it to the Office of Student Development & Leadership. Please indicate any AV requirements on the Summit Reservation Request form. The OSDL staff will forward student requests to the Summit staff and provide confirmation of reservation requests.

**Tips, Tricks, & Reminders**

Below you will find some helpful tips and reminders in a timeline to assist RSO's with event planning.

*Two weeks prior*

Return to the reservations office. The Facilities Reservation Request Form will be completed including any security requirements. Add this cost to your budget of expenses for the event.

If the event is being held in the Student Union, sign the contract. Contracts must be signed by one of the RSO officers. RSO officers might want to stop by the OSDL to finalize any plans with office staff.

If the event requires food/beverage service, make an appointment to meet with a representative of food services to discuss your needs.

Submit Purchase Requisition/Payment Requests, if appropriate. Submit Charge Authorization for food services if food service is requested.

*One week prior*

Review entire event for omitted details.

Organize a committee to set up and decorate the facility, if necessary.  If the event is being held in the Student Union, provide security with a list of names of the students from your organizations who will be arriving early.

If necessary, get volunteers to work the day of the event taking tickets, greeting guests, etc.

Pick up checks from the Business Office to pay speakers or performers. No vendors will be paid after events – all payment paperwork must be filed in the appropriate timeline.

*Three days prior*

Any changes to room set up or food services must be finalized.

*Day of the event*

Arrive early. The person in charge of the event should introduce him/herself to the Student Union administrator-on-duty or to the representative from college security and greet special guests or performers.

**Evaluation**

Evaluate the event. Did you meet your expected turnout level? Decide what, if anything, could have been done better. Keep notes on file for future reference.

## Event Planning Policies

Below are the policies that registered student organizations at Queens College must abide by when planning events on and off campus.

### Food Services & Catering

In order to provide quality food and beverages on the Queens College campus, the college has contracted with Chartwells. Through this contract, Chartwells reserves the exclusive rights to all food and beverage services at Queens College. A wide variety of cuisines, including ethnic foods, are available. If you wish to bring in food from outside, into the Student Union, organizations must meet with the Director of Food Services in advance to discuss license requirements. The Office of Student Development & Leadership and Chartwells staffs work closely with all organizations in planning events to help ensure their program's success, and realize that food and beverage service may be an integral part of a program.

However, it is recognized that there are occasions when a particular ethnic menu will significantly enhance an event.  In instances where Student Union Food Services cannot provide the menu requested in an authentic manner, this policy may be waived *by* the Director after consultation with the Director of Food Services. In order to guarantee that the food provided by an outside vendor meets standards of health and quality, an organization wishing to obtain a waiver of this policy must provide the requirements listed below to the Student Life and Activities Office and Food Services at least ten (10) business days prior to the event.

To Office of Student Development & Leadership:
1. Payment Request/Purchase Request
2. Pre-billing invoice from the food vendor.

To Student Union Food Services:
1. Health Department permit
2. Food handlers' certification
3. Certificate of Indemnification
4. Menu to be served.

---

**Chartwells Food Services**                                          **(718) 997-3997**
Director of Dining Services              Owen Ranft         owen.ranft@qc.cuny.edu
Assistant Director of Dining Services    Ian Wilde          ian.wilde@qc.cuny.edu

## Booking Performers/Speakers

Any recognized student organization may invite performers to The Student Union subject to the following guidelines:

   a. The Office of Student Development & Leadership must be notified of all performers, including but not limited to speakers, bands, DJs, and comedians. All performers must have signed contracts, regardless of whether or not they are being compensated.

      a. Notification must be submitted at least three (3) weeks in advance of the program, at the time of filing the [Facilities Reservation Request Form.]

      b. Exceptions to the three-week rule may be made under extenuating circumstances.

      c. The notification shall contain sufficient information to identify the performer including background information, the topic of a lecture, artist's genre/material, the nature of the event and the address and phone number of the performer or performer's agent, if requested.

   b. All performers not affiliated with the College must be sponsored by a recognized student organization and no invitation should be issued until the event is approved.

   c. If an invited speaker is known to represent controversial or extreme views or to reflect a particular philosophy, it is extremely important that time be allowed for rebuttal, debate, question/answer period, or some similar procedure in order to insure that opposing views are heard.

   d. Publicity and communications concerning events must clearly identify the sponsoring organization and should carefully avoid stated or implied College or Student Union sponsorship.

   e. Artists may bring up to three crewmembers (unrelated to the performance) for load in, set up, break down and load out. All crewmembers must have valid photo ID and be at least 18 years of age. No guest lists will be permitted.

## Contracting Performers & Vendors

A written contract between QCA and the performer or speaker shall be required at all times. Student organizations are prohibited from directly entering into contracts with performers or speakers. All contracts require the signature of the Student Development & Leadership staff.

All contracts requested by a student organization must be executed on a QCA contract form. QCA legal counsel has approved these contract blanks. Any contract submitted to the Office on a vendor supplied contract form will require review by legal counsel and will take at least two (2) additional weeks for approval.

The maximum permissible performance fee for any event shall be $10,000. This maximum fee shall apply whether or not admission fees offset the cost in whole or in part. Any fee in excess of the $10,000 limit shall require approval by the QCA Board.

If a performer/speaker, including Queens College or CUNY faculty, staff, or administrator, is taken to lunch or dinner in lieu of a fee, payment for not more than two (2) students, per sponsoring organization, may be allocated. If the lunch will be held on campus, a charge

authorization form must be requested from the Office of Student Development & Leadership to be presented to the food service cashier.

In order for payment to be made under a contract, there must be proper documentation that the event took place.  Such documentation shall include:
   a. Confirmation by a member of the College/Student Union staff that they were present on site at the event.
   b. By an affidavit from an officer of the organization (different from the officer requesting the contract) that the event took place.
   c. By submission of post-event coverage of the event by the student newspaper or other media as deemed appropriate by the Budget Committee.

Checks may be released in advance of the completion of an event to a student organization officer upon his/her affidavit that s/he will not release the check to the performer/speaker until the completion of the event.

## Marketing & Publicity
Student organizations are encouraged to inform as much of the student body as possible of their programs, services, and needs. Organizations should use any existing means of publicity (e.g., social media, newspapers, bulletin boards, kiosks, leaflets, fliers, etc.).

Organizations that publish in a foreign language must include a translation of material. The following "pestering" guidelines are to be observed:
   a. No posters on the outside of buildings.
   b. All outside posters are limited to kiosks
   c. All indoor posters are limited to bulletin boards
   d. Maximum poster size is "11 x 17".
   e. Organizations may not poster more than two weeks before any event, and are responsible for removing posters within one week after the event.

In accordance with University policy, if an event utilizes advertisement, the Student Life and Activities Office must approve all such advertisement to ensure that the event is consistent with the stated purposes and conforms to the college's guidelines for such an event.

## Photography & Videography
If a student organization would like to video tape an event, they must notify the Student life and Activities Office upon submission of the Facilities Reservation Request Form. Prior consent of the Student Union Director or designee, the sponsors of the event, and the persons being video taped must be obtained.

## Alcoholic Beverage Control

No alcoholic beverages shall be served at QCA funded events unless a NYS licensed vendor, in a licensed premise, in accordance with NYS law, dispenses such beverages. Under no circumstances are alcoholic beverages to be left unattended so that individuals may serve themselves.

If the event is taking place in the Student Union, the Alcohol Use Policy of the Student Union shall be in effect. If the event is held off campus, a copy of the liquor license must be submitted to the Office of Student Development & Leadership at least three (3) weeks prior to the event. The Director of Student Life and Activities has the right to disapprove such individual or company. If such approval is denied, the student organization may appeal to the Director of the Student Union, and then to the QCA Board of Directors.

The Director of Student Development & Leadership shall have the authority to refuse to allow alcoholic beverages to be served at any event at which the Director believes that a significant number of individuals attending may be under the legal drinking age.

If an event is held off campus and food will be served, the following information must be submitted to the Office of Student Development & Leadership at *least three (3) weeks* prior to the event
   a. A copy of the Health Department Permit
   b. Itemized invoice (tax exempt) including price per person
   c. A copy of the facility's liability insurance. Depending on the nature of the event the facility might be required to name QCA, QC and CUNY as additionally insured
   d. Maximum capacity of facility

If alcoholic beverages are being served, please see the Alcoholic Beverage Control Policy for further information.

## Use of Campus Facilities & the Student Union

### Student Union

The Reservations Manager shall coordinate all use of the Student Union. The use of Student Union facilities is limited to lawful purposes. Reservations for use of rooms or areas must be consistent with their purpose, design, and the mission of the Student Union and Queens College. To ensure proper utilization of facilities, the Student Union reserves the rights to limit, cancel, or refuse certain programs.

### *Security*

At the discretion of the Associate Director, Security services may be required at events for crowd control, cash transactions, ID checks, or any other condition requiring security. The level of security for any event shall be determined by the Associate Director and based on the following criteria: location, nature of event (speaker, concert, party, lecture, etc.), sponsoring group, projected audience, anticipated attendance, length of event, alcohol served, past history of the performer/speaker and/or the sponsoring organization, and other criteria deemed

appropriate by the Associate Director. The Chief of Security or designee shall be responsible for security at all events. All security concerns must be coordinated through the Chief of Security.

The Student Union reserves the right to use metal detectors to screen all individuals entering the Student Union or entering a specific event or room. Use of metal detectors will be at the discretion of the Chief of Security and/or the Director, or designee. The Student Union reserves the right not to admit any person who refuses to be screened by the metal detectors.

### Door Policy

The sponsoring organization accepts full responsibility to include the following "door policy" in publicity for all evening and weekend activities:

- 18 or over with valid College ID to enter. Queens College students may bring one guest. All non-CUNY students and guests must be signed in with Security and present valid ID.
- If alcohol is being served, the above statement must also say, 21 or over with valid ID to drink.
- Correctly publicize the start and finish times of the event.
- To fully disclose the nature of the event when submitting the Program Authorization Request Form, i.e. name of speaker, topic of lecture, name of band/group/performer, artist's genre/material, or any other information requested by the Student Union fifteen working days prior to the event.
- To fully disclose any co-sponsoring organization(s). Co-sponsoring organizations may be defined as providing monetary assistance, or personnel assistance. Co-sponsoring organizations may also be defined as registered Queens College student organizations, departments, and offices, or other organizations not affiliated with the College.
- To coordinate ticket sales with Student Union staff in accordance with maximum occupancy of room and other rules and regulations of the Student Union, the Queens College Association, Queens College, the City University of New York, the City of New York and the State of New York.

Due to insurance considerations, the use of open flames or fog machines must be requested at the time of submission of the Program Authorization Form. Any use of open flames or fog machines must be under carefully supervised and monitored conditions and must be approved by the Student Union Associate Director. For health and safety reasons, meeting room doors and windows may not be covered. Requests for exceptions to this policy must be made at the time of submission of the Program Authorization Form. The Director of Student Development & Leadership will determine approval for exceptions to this policy.

*Attendance & Guest Policy*

Programs sponsored or co-sponsored by Queens College student organizations are primarily for the enjoyment of Queens College students and their guests. This is in keeping with the philosophy of the Queens College Student Union, which is to promote the educational program of Queens College by encouraging, generating and promoting good fellowship. With the above in mind, the following policies have been promulgated to enhance the co-curricular mission of Queens College. (This Policy may be implemented during other Building hours as required.)

It is understood that no one under the age of eighteen (except Queens College Students) will be admitted to the building. An organization sponsoring an event where the primary focus is "community oriented" may request a waiver of the age policy in writing from the Director. Events are open to:

- Currently registered Queens College Students
- A currently enrolled City University of New York student. A CUNY identification card will be required. The student will be required to sign in the guest acknowledging responsibility for the guest.
- Currently registered students from other colleges. A college identification card will be required and the student will be required to sign in.
- Queens College alumni.  A college identification card will be required.

An organization sponsoring an event where the primary focus is "community oriented" may request a waiver of the guest policy in writing from the Student Union Director.

Waivers to the age policy and/or the guest policy must be requested by the president of the sponsoring organization at the time of submission of the Program Authorization Form.

It is understood that this policy is developed to insure the health and safety of all participants. All people, upon entering the Student Union in accordance with the above, must show a "positive form of identification."

This is defined as one of the following types of photo identification cards:
1. Driver's License
2. Identification Card issued by the DMV
3. A College Identification Card
4. A Military Identification Card e - A Passport
5. An Alien Registration Card
6. Some Employment Identification Cards

Photocopies of the above documents will not be accepted.

*Alcohol Policy*

Recognizing that college students are adults and are responsible for their own actions, the Student Union, through the Student Union Food Service, offers the opportunity to serve alcoholic beverages at events. The Office of Student Development & Leadership will provide advisement to sponsoring organizations to insure that the consumption of alcoholic beverages is never the focus of an event held at the Student Union.

Applicable Law - No individual under 21 years of age will be allowed to purchase or consume alcoholic beverages in the Student Union. All alcoholic beverage service will be in accordance with the guidelines of the Alcohol Beverage Control Division of the New York State Liquor Authority.

Food Service - No person may bring alcoholic beverages into the Student Union. The Student Union Food Service must provide all alcoholic beverage service. All alcoholic beverages must be purchased and served by personnel of the licensee. In accordance with Alcohol Beverage Control guidelines, non-alcoholic beverages and food must be available at all events where alcohol is being sold.

Security - Student Union Security must be present at all events where alcohol is served. The Associate Director shall determine the number of security personnel present.

Proof of Age - All persons wishing to purchase or consume alcoholic beverages must show valid proof of age. In accordance with Alcohol Beverage Control guidelines, the following items shall be accepted as valid proof of age:
1 - Driver's License
2  - An Identification Card issued by the Department of Motor Vehicles
3 - A Military Identification Card
4  - A Passport
5  - An Alien Registration Card

Wristbands - Upon presenting valid proof of age, all persons purchasing or consuming alcoholic beverages will be issued a wristband. Wristbands will not be issued in the Cafe or at sit down dinner events. Bartenders/waiters/waitresses will require all guests to present valid proof of age if appropriate. The wristband must remain in plain sight while the person is in the area where alcohol is being served.

Student Union staff may request to see a person's wristband at any time. Wristbands may not be removed and passed to another person. The Director or Assistant Director of Student Development & Leadership must review all requests for alcohol service at student-sponsored events. All requests for open bar service will be denied. The Student Union reserves the right to refuse requests for an open bar or any deviation from the published prices.

Segregated Alcohol Service Area - At all events where alcohol is served, the bar area will be separated from the dance, concert, or other entertainment area. The following exceptions apply:
1 - The Cafe
2  - Sit down dinner events if appropriate.
3  - Events where the Student Union Director has granted an exception.

Requests for exceptions to the Segregated Alcohol Service Area must be made in writing to the Director at the time of submission of the Program Authorization Form.

Educational Philosophy /Programming Without Alcohol – The Office of Student Development & Leadership will encourage all student organizations to program without alcohol as the major emphasis of the event. Where appropriate, the Office will encourage programming without alcohol.  The Student Development & Leadership staff and the Reservations Manager shall inform student organizations of these policies when planning programs or reserving space.

Violations - Organizations violating this policy may forfeit their right to reserve space or to hold office space in the Student Union. Individuals violating this policy may be subject to disciplinary action and/or arrest. Continued violations may result in temporary or permanent removal from the Student Union.

## Inviting Distinguished Guests & Dignitaries
A distinguished guest or dignitary is defined as any CUNY officer, a former Queens College faculty member or administrator, distinguished alumni, or any local or national public figure.

If a registered student organization would like to invite any person(s) of that caliber, the RSO must agree to the following policies outlined below:

1. An RSO must be officially recognized and in good standing with the Office of Student Development & Leadership.
2. The executive board must be in good standing with Queens College.
3. An RSO must complete the appropriate form and submit to the Office of Student Development & Leadership.
4. The Office of Student Development & Leadership, as well as the Vice President of Student Affairs must approve the program or event.
5. The speaker must be contacted at least 30 days before the event.
6. Prior to approval, The President, Provost, Vice President of Student Affairs, Vice President of Finance, or Vice President of Academic Innovation Experiential Education must be notified no less than 21 days of the event.
7. Failure to adhere to these policies will result in an RSO's budget being frozen for the remainder of the semester.

## Budget & Financial Guidelines

All Registered Student Organizations have the right to request a budget from the Queens College Association (QCA). Not all budget requests are granted. The following guidelines are enforced for Registered Student Organizations at Queens College.

### General Guidelines

In order to be considered for funding, organizations must be registered with the Queens College Student Life and Activities Office.

In accordance with CUNY policy, student fees shall be allocated and expended only for the following purposes:
1. Extracurricular (Co-curricular) educational programs
2. Cultural and social activities
3. Student government
4. Publications and media
5. Community service programs
6. Enhancement of the college and university environment
7. Transportation, administration, and insurance for RSO's
8. Stipends to student leaders

**All events funded by QCA must be open to the entire campus community.**

### Budget Request Processes and Procedures

When submitting budget requests, RSO's should realize that QCA reviews the past performance of the organization and its potential for growth. Organizations will be expected to justify significant increases over prior funding period allocations. In considering budget requests, the Budget Committee will review all budgets on the basis of their merits and the reasonableness of the requests. Organizations are encouraged to indicate programs, which serve the needs of Queens College students, the Queens College community and the greater Queens community.

Organizations requesting financial support from QCA are required to complete a Budget Request form.

### General Deadlines

The following are general guidelines for budget submissions. Actual dates will be published throughout the semester.

| | |
|---|---|
| Budget Request Submission: | April |
| Budget Hearings: | April through May 15 |
| Notification of Tentative Allocation: | June 1 |
| Resubmission of Budget Based on Tentative Allocation: | June 15 |
| Notification of Final Allocation: | July 1 |

## 8 Steps: the Budget Review Process

Step 1: Office of Student Development & Leadership Review - When budgets are submitted, a member of the staff will review the budget with the organization representative. At this time, organizations will sign-up for a time to meet with the Budget Committee during budget hearings.

Step 2: Budget Committee Hearings - During the hearings, organizations will have the chance to discuss the budget with the Budget Committee and Committee members will have the opportunity to ask question of organization representatives.

Step 3: Tentative Allocations - After the Budget Committee reviews all budget requests, the committee will develop a tentative list of allocations based on the estimated revenues for that budget period. These tentative allocations will be posted in the Business Office and forwarded to each organization that submitted a budget.

Step 4: Resubmitted Budget Requests - The NEW officers of the organization must complete these requests. Budget resubmits must be completed by the published due date. Resubmitted budgets received after the due date will be subject to penalties as described below.

Step 5: Final Proposed Allocations - The Budget Committee will review and approve the budget resubmits and prepare a total budget for the Queens College Association Board of Directors.

Step 6: Queens College Association Board of Directors - The QCA Board of Directors shall review the recommended budget allocations by the Budget Committee. The Board shall disapprove any allocation or expenditure it finds does not conform to these guidelines, or is inappropriate, improper or inequitable.

As required by CUNY policy, if the Board does not approve the total budget submitted by the Budget Committee, "the budget shall be returned to the Budget Committee with the specific concerns of the college association [Board of Directors] noted for further deliberation by the budget committee and subsequent resubmittal to the college association."

Step 7: Presidential Review - **Section 16.11(a) and (b) of the CUNY Board of Trustees Bylaws states the review authority of the college presidents:**
The president of the college shall have the authority to suspend and send back for further review any student activity fee, including student government fee, allocation or expenditure which in his or her opinion is not within the expenditure categories defined in Section 16.2 of this article. The College Association shall, within ten (10) days of receiving a proposed allocation or expenditure for further review, study it and make recommendations to the president with respect to it.

Step 8: Final Notification - Once the budget is approved, the Office of Student Development & Leadership shall notify organizations of their approved budget and post final budgets in the Business Office (SU 203).

### Budget Request Forms

All budget request forms are available on the Office of Student Development & Leadership website under the Forms tab.

There are two types of budget request forms:

1. **Initial Budget Request Form:**  The initial budget request form is used in the spring semester typically due around mid-April.  The current e-board members put in this request for what they would like to see for next year's budget.
2. **Budget Re-submit Form:** The budget re-submit form is completed by the newly elected officers to decide how to allocate the club budget received from the Budget Committee.  It is a fixed dollar amount that cannot be exceeded. The budget resubmit is typically due mid-June.  In order to receive access to the budget resubmit form, the Club Election form and Initial Budget Request must be completed.  In a confirmation email, there will be a link to the Budget Resubmit form.

### Budget Submission Penalties

If all budget requests and resubmissions not received by the published due date, the budget will be subject to a penalty.  The penalties are as follows:

Budgets/resubmits received:

- Budgets/resubmits received 1 - 5 business days after deadline      10% reduction
- Budgets/resubmits received 6 - 10 business days after deadline     20% reduction
- Budgets/resubmits received 10 business days after deadline      35% reduction

### Budget Restrictions

QCA funds may not be used for the following reasons:

1. Any partisan or nonpartisan political activities or to further the election or defeat of any candidate for public or political party office.
2. To pay an honorarium to a student of Queens College or CUNY.
3. To pay an honorarium to any Queens College faculty, administrator, or a CUNY faculty, administrator or staff who serve as a Queens College student organization advisor.
4. Expenditures that should be funded by academic or administrative departments.

### Line Transfers

Expenditures for any items not specified in the approved budget will not be processed.  Organizations will be able to request up to three (3) line transfers per expense line each semester. All transfers must be WHOLE dollar amounts.  Allocating bodies are exempt from the three-line transfers rule.

Budget modifications, except as noted below, must be approved by the Budget Committee and QCA Board. Organizations should complete a Budget Line Transfer form and submit this form and minutes of the organization meeting indicating that the membership or the executive board requests the line transfer, to the Business Office.  Requests must be received at least five (5) business days prior to the next Budget Committee meeting.

Organization will be notified when the Budget Committee will meet and should attend the meeting to explain the request. All requests will not be final until approved by the Queens College Association Board.

The Business Office will notify organizations when the transfers are approved.

Line transfers may only be submitted after the fourth (4) week of the Fall semester and through the thirteenth (13) week of the Spring semester.

## New Organization Starter Kit

The Budget Committee will not normally allocate more than three hundred dollars ($300) for the first year. In lieu of a statement of their activities of the past semester, the organization must submit a detailed outline of the programming it plans for the year.

## Expenditures

QCA will not assume financial responsibility for any expenditure that is not in accordance with the organization's approved budget. If this happens, the group should be aware that this would jeopardize future funding for the organization.

No organization is permitted to spend beyond its allocated budget. Any individual or group making a purchase in excess of the amount allocated will be held personally liable for that expenditure.

All purchases by student organizations must be in accordance with QCA and state purchasing regulations. Generally, all purchases will be through a purchase order.

Organization members should avoid spending personal funds and should not expect to be reimbursed, unless the Business Office previously approved the reimbursement. Revenue collected may never be used directly to pay expenses. All revenue must be deposited and expenses paid by check.

## Equipment Purchases

The Equipment Committee must approve any expenditure in excess of $150.00 before the issuance of a Purchase Order or a check. See details below concerning equipment purchases.

## Postage

Postage for mailing organizational mail is available through the College Association Postage machine in the Student Life and Activities Office. All student organizations must use this service. No checks will be issued to the Postmaster or for reimbursement for postage expenses unless the College Association Budget Committee has granted prior exemption. Organizations may pay for postage by completing a Charge Authorization payable to the College Association.

At the end of the fiscal year (June), student organizations may not prepay bills for summer activities.

## Payment Authorization

All registered student organization officers/members must be registered students at the College and in good academic standing in order to have the authority to sign Payment Request forms or to make requests on behalf of the organization. Additionally, before an officer can authorize financial transactions he/she must attend Nutz & Boltz and have an understanding of the Payment Request Process.

Only the president, vice president, or treasurer can sign off of Payment Requests or Purchase Orders. An RSO, with the approval of the organization's general membership, may designate two additional members to have signature privileges.

## Purchase Orders

Prior to the issuance of a purchase order, check or charge authorization, the RSO's account shall be reviewed to insure that the purchase is in accordance with the approved budget and that sufficient funds are available in the line. If insufficient funds are available, the request will be returned to the organization. If sufficient funds are available, a student representative of the Budget Committee must approve the expenditures for non-allocating body organizations.

Purchase Requisition/Payment Requests will normally have a turnaround time of one week. All purchase orders and checks will be ready for pick up in the Business Office upon completion, unless instructed to mail elsewhere. Check requests for performers and speakers, or other special circumstances, must be filed at least 3 weeks before the event to ensure a payment is made on the day of the event.

### Purchase Order System

Prior to ALL purchases, student organizations must submit a completed Purchase Requisition/Payment Request form to the Office of Student Development & Leadership Office.

The Purchasing Agent will review the requisition and bids, if any, to determine which supplier will be able to provide the best value merchandise or service. Any change from the suggested vendors will be discussed with the organization before a purchase order is issued. After the requisition is approved, a Purchase Order will be issued authorizing the purchase.

For all purchases under $250, organizations must supply the name of at least one vendor. Purchases in excess of $250 must be bid, except for the following items:

| | |
|---|---|
| Postage | Travel |
| Subscriptions | Meals |
| Honoraria | Memberships |
| Mass Media Advertising | Sole Source (discussed below) |

### Invoices

All invoices should be sent directly to the Queens College Association, Student Union Accounting Department. No invoices will be paid until the organization confirms receipt of the merchandise purchased or performance of services.

Organizations are required to complete a Receipt of Partial and/or Final Shipment form and forward it to the Student Life and Activities Office within two (2) days of receipt of the merchandise/service.

In order to initiate a payment request, student organizations must submit a completed Purchase Requisition/Payment Request form to the Office of Student Development & Leadership Business Office. Original documentation and receipts must accompany all payment requests.

PAYMENT REQUESTS WILL NOT BE PROCESSED WITHOUT THE NECESSARY PAPERWORK.

Charge authorization forms must be used when making purchases from the Queens College Bookstore, Student Union Copy Center and Reservations, Queens College Mailroom, food services, College Association postage machine and other services on campus. Any questions concerning an invoice must be submitted in writing to the service provider, with a copy to the Student Life and Activities Office within ten (10) days of receipt of the invoice. If no question is raised, the amount of the invoice will be deducted from the organization account.

### Co-sponsorship

Student organizations wishing to work together to co-sponsor a program that is of interest or need to their mutual memberships may also choose to share the expenses of the program. In order to initiate a monetary co-sponsorship, the organization must submit minutes of a meeting showing that the membership or executive board, or allocating body has passed a motion to co-sponsor with a specific dollar amount. This should be submitted to the Office of Student Development & Leadership along with a Co-Sponsorship Form. Co-sponsorships must be taken from and deposited into the appropriate organizational expense line.

### Advances

Student organizations wishing to purchase promotional items for resale to generate revenue may request an advance from the QCA Board of Directors. The Advance Request Form must be completed indicating the purpose of the advance, cost of the individual items, selling price, number of items to be purchased, and total advance requested.

If approved, the Board will set a date, usually within six (6) weeks of the approval, in which the advance must be repaid. If the advance is not repaid within the specified time period, the amount due will be deducted from the organization's budget.

## Bidding

As required by state regulations, bids are required for any expenditure over $250.  The type of bid is determined by the dollar amount of the purchase as follows:

| Price Range | Type of Bid | Purchase Order or Contract | Details |
|---|---|---|---|
| $250 - $2,500 | Solicitation or Reasonable Price | P.O. | "Solicitation" means at least 3 vendors must be solicited. |
| $2,501 - $20,000 | Informal | P.O. | Informal" means written requests for bids must be sent to at least 5 vendors. Responses required. |
| $20,001 + | Formal | Contract | The formal process is conducted by the Purchasing Agent and can take over six (6) weeks to complete. |

The Purchasing Agent is available to assist organizations with the bidding process, including the suggesting of vendors.

Purchase Orders are awarded to the lowest responsible bidder. If an award is made to other than the low bidder, the following documentation will become part of the bid package:
1. Bid analysis sheet, prepared by the Purchasing Agent
2. Bids and Invitations to Bid of all vendors submitting bids including the low bidder.
3. If the low bidder has offered an "acceptable equivalent", the student organization will be given the opportunity to review the item. If the "acceptable equivalent" is not satisfactory, it is the organization's responsibility to document why the item should be rejected.

## Soul Source Bids

Bids are required for all purchases in excess of $250 except in the case where the purchase does not lend itself to competitive bidding. The following information is required to justify "sole source" purchases:
1. An explanation from the organization as to why only one source is available. Whenever an "acceptable equivalent" exists, the case for sole source is not justified.
2. Why the product or service is essential
3. A statement from the vendor that the organization is receiving the lowest price.

## Revenue

Any organization that is planning an event for which admission will be charged or revenue will be generated must indicate this information at the time a [Facilities Reservation Request form] is submitted. Arrangements will be made for tickets and a ticket seller to be present at the event.

Revenue from ticket sales prior to an event must be deposited with the Business Office as collected. Cash must not be used to pay for any event related expense, including payment of ticket seller.

Only QCA checks may be used to pay for incurred expenses.

No QCA funded student organization is permitted to have a bank savings or checking account in the organization's name. ***All revenues and student organization dues MUST be deposited with the Student Life and Activities Office*** when collected and receipt for it will be issued. The revenues shall then be credited to the organization's revenue account for allocation by the student organization. ***ALL checks are to be made payable to Queens College Association***.

### Revenue from Student Sponsored Events

Revenue generated from events sponsored by QCA funded organizations will be deposited in the sponsoring organization's revenue line.

The sponsoring organization may reallocate the net income generated by an event without QCA approval. Net income is defined as the revenue received after all expenses associated with the event are met.

### Revenue from Membership

RSO members may *voluntarily* pay dues to the organization. Students *cannot* be denied membership to, or any benefits of, the group on the basis of an unwillingness or inability to pay dues. The organization's treasurer must utilize a prenumbered receipt book for dues collection and all dues must be deposited with the Business Office as collected and credited to the organization's revenue line.

### Ticket Revenue System

All tickets will be ordered by the Office of Student Development & Leadership at the time the [Facilities Reservation Request form] is submitted. The cost of printing will be charged to the student organization.

All tickets will include the following information on the face of the ticket:

- Name of Sponsoring Organization
- Name of the Event
- Date, Time, and Place of the Event
- Ticket Price
- Seat Number (if applicable)
- An audit number

Upon request, printed tickets will be issued to the organization for sale. Monies collected must be deposited with the Business Office on a daily basis. The person receiving tickets for advance sale is responsible for the tickets or the face value of the tickets.

All tickets must be returned to the Business Office on the day of the event (or the last business day prior to the event) by 3PM with an accounting of all tickets and monies. Forms will be available in the Office of Student Development & Leadership for the recording of ticket sales and revenues.

During the event, a QCA hired person will sell tickets at the information booth in the Student Union.  If the event is held outside the Student Union, the person will sell tickets at the door of the event.

Ticket sale will begin one half hour before the event is scheduled, and end no later than one hour prior to conclusion.

For events held on campus, organizations will be charged the prevailing rate per hour ticket sales services. If an event is held off campus, the charge will be the prevailing rate per hour plus travel expenses. The attendant will begin one-half hour prior to the event and end when the event is concluded. For any event, the sponsoring organization may wish to provide some individuals with complimentary tickets. Typically these will be given to people who hold leadership positions in the sponsoring organization, or who have put a significant amount of time and energy into planning and preparing the event.

### Complimentary Tickets

Complimentary tickets should not be given out extensively since this will have a significant impact in the amount of revenue collected from the event and the ability to hold future programs. There is a maximum of two (2) complimentary tickets per co-sponsoring organizations.

In order to assure that the appropriate individuals may gain entry to the event, the following procedures must be followed:

At least two (2) weeks prior to an event, a specific number of complimentary tickets may be requested. It is the responsibility of the President or designee to give complimentary tickets to the appropriate people prior to the event. No one will be allowed into an event without a ticket. Individuals that do not have a complimentary ticket when they arrive at the event will be required to purchase a ticket at the door.

# Travel Guidelines

## Travel Authorization

Before any travel plans are made, the president of the student organization and all travel participants should meet with a member of the Office of Student Development & Leadership staff to discuss all aspects of the travel plans. This should be done a minimum of four (4) weeks prior to the intended travel date. All travel (including the use of private automobiles) on organization business must be discussed in advance to insure compliance with all Queens College Association and University guidelines.

A Travel Authorization form must specify the mode of travel (rental car, airplane, etc.), the items of expense approved and total dollar amount not to exceed, and must be submitted to the Student Life and Activities Office at least three (3) weeks before any travel is undertaken.

Documentation consisting of a brochure or program for a convention or meeting, and lodging and registration fee information must be attached to the Travel Authorization form.

All participants must submit a Release Form for Field Trips and Events prior to any trip.

Participants under the age of twenty-one (21) must also have their parents/guardians sign the release form.

## Travel Policies for Attendance at Conferences/Conventions

There will be no restriction on the type of conference/convention that will be permitted. The student organization or allocating body is free to choose which conferences/conventions it will attend and to decide who will go, after properly advertising the conference/convention to the student body.

Participants who travel must present an oral report to their constituency (allocating body or organization membership) at its next regularly scheduled meeting. Additionally, the travelers must submit a written report to the Office of Student Development & Leadership within two weeks of the trip.

All travel expenses will be reimbursed at the prevailing New York State per diem rates.

Participants are to stay at or near the conference/convention site so that the rental of a car will not be necessary. Transportation from an airport, bus or train station can be included as an expense.

While there is no restriction on the number of students who may attend a conference/convention, when there is a voting requirement, expenses should be included for no more than the number of voting delegates. If more students choose to attend, the student organization or allocating body shall have the option of dividing the total expense for the

number of delegates among all the students attending with each paying the difference or having the additional students pay their own expenses.

Reimbursements shall be limited to four years of travel to the same or similar conference/convention.

The Budget Committee for action by the Board of Directors shall review appeals to this policy.

## Travel Allowances

Reimbursement for lodging and meals will be in accordance with the prevailing state reimbursement schedule. The county sets the per diem allowances, therefore, the traveler's destination must include the county as well as the city.

It should be noted that all applicable taxes are included in the maximum lodging allowances. No reimbursement for taxes will be made.

Travelers will not be allowed meals or lodging within 35 miles of the traveler's place of residence or Queens College. When a traveler is traveling for less than three hours, meals and/or lodging are not allowed.

The maximum reimbursement for lodging and meal expenses may not exceed the lodging and meal allowances for the area traveled to. Any costs above the maximum allowances will be the personal responsibility of the traveler.

## Air Travel

Air travel within 200 miles of New York City can not be allowed unless there is compelling and justifiable reason.  In no case will air travel between New York City and Albany be allowed when an overnight stay is involved.

## Meal Allowances for Non-Overnight Travel

When traveling for less than a full day and incurring no lodging charges, reimbursement will be made for breakfast and dinner if the following conditions are met:

Meals will be allowed when the time of departure from home/school at the beginning of trip occurs before the following hours:
Breakfast . . . 7:00am              Dinner . . . 6:00pm

Meals will be allowed when the time of return to home/school at the conclusion of the trip occurs after the following hours:
Breakfast . . . 8:00am              Dinner . . . 7:00pm

Example, for areas with a $34 meal allowance, travelers are allowed up to the following:
Breakfast - $7              Dinner -$27     (these rates include tax and gratuities.)

## Guidelines For Parking Fees

When travel is reasonably expected to exceed four (4) hours, travelers should use long-term parking areas.  Short-term parking should be used if the travel is to be less than four hours or if long-term parking is not available. All parking fees must be document by a receipt or they will not be reimbursed.

## Travel Expense Report

Documentation consisting of a brochure or program for a convention or meeting, and lodging and registration fee applications will be required to be submitted with the Payment Request form to support these expenses.

**Travel Expense Reports must be submitted WITHIN ONE-WEEK OF RETURN.**

In addition to the Payment Request form the Travel Expense Report should include:

- Prior travel approval is required for all authorized travel. Attach one copy of the Travel Authorization Form to each Payment Request Form submitted.
- Attach receipted bills for hotels where such expense was authorized.
- Attach the canceled bus, air or rail ticket, or car rental agreement where transportation costs were authorized. A request for reimbursement of car rental expenditures must be accompanied by a letter of justification explaining the cost savings of renting a car as opposed to other means of transportation.
- Submit all other receipts for payment of services received while traveling, excluding meal receipts.
- If an automobile was authorized, submit receipts for tolls, bridges, tunnels and parking. Mileage reimbursement for private automobiles is at the prevailing state reimbursement rate.
- The Departure and Arrival Time must be indicated on the Travel Expense Report
  - Departure Time = Date and Time traveler left at beginning of trip.
  - Arrival Time = Date and Time traveler returned at the end of the trip.
- Transportation charges for taxis and limousines will be reimbursed up to the prevailing state reimbursement schedule. The traveler must indicate destination (eg. residence to hotel; residence to airport, hotel to residence).
- QCA will accept copies of (front and back) personal canceled checks submitted as documentation.
- Payment Requests must be submitted no later than one week after the trip is concluded. Properly completed and documented Payment Request forms will expedite payment.

# Appendix

I.     Student Services Departments Listing

II.     Model Constitution for Student Organizations

III.     Student Association Constitution

IV.     Program Authorization Form

V.     Performance Agreement

VI.     Rider to the Contract

VII.     Non-SU Space Request Form

VIII.     Summit Space Request Form

IX.     Request for Media Services

X.     Payment Request Form

XI.     Queens College Association Co-Sponsorship Form

XII.     Travel Authorization Form

XIII.     Travel Expense Report

XIV.     Trip Waiver

XV.     RSO Email Request Form

XVI.     Strategies for Safer Events at Queens College

XVII.     Dignitary Invitation Policy

XVIII.     Fraternity & Sorority Policies

**Student Services Departments**

| | | |
|---|---|---|
| Athletics<br>Fitzgerald, 218 | China Jude<br>718-997-2795 | Director |
| Career Development & Internship<br>Frese Hall, 213 | Tesfaye Asfaw<br>718-997-4466 | Director |
| Child Development Center<br>Kiely Hall, 245 | Eric Urevich<br>718-997-5885 | Director |
| Counseling Center<br>Frese Hall, First Floor Reception | Dr. Barbara Moore<br>718-997-5420 | Director |
| Dean of Students<br>Student Union, 301 | Dr. John Andreajack<br>718-997-3960 | Dean of Stu. |
| Enrollment & Student Retention<br>Kiely Hall, 1305 | Richard Alvarez<br>718-997-4262 | Vice President |
| Health Services<br>Frese Hall, 310 | Tsui-Fang Shen<br>718-997-2760 | Director |
| International Student Services<br>King Hall, 2017 | Patrick O'Connell<br>718-997-4440 | Director |
| Minority Student Affairs<br>Frese Hall, 119 | Maureen Pierce-Anyan<br>718-997-5423 | Director |
| Peer Support Services<br>Frese Hall, First Floor Reception | Nancy Leighton<br>718-997-5420 | Prog. Admin. |
| Queens College Association<br>Student Union, 203 | Charolette Nicholson<br>718-997-4242 | Buisness Man. |
| Special Services for Stu. w/ Disabilities<br>Frese Hall, 111 | Dr. Miram Detres-Hickey<br>718-997-5870 | Director |
| Student Development & Leadership<br>Student Union, 327 | Judy Krinitz<br>718-997-3970 | Associate Dir. |
| Veteran Support Services<br>Student Union, 320 | Dennis Torres<br>718-997-3033 | Vet. Outreach |

Queens College
# MODEL CONSTITUTION FOR STUDENT ORGANIZATIONS*

This model constitution is binding upon the student organization when the student organization's constitution is silent, vague or inconsistent. Where the organization's constitution is express, it shall override the provisions of this model constitution, except for its provisions regarding the time period for election of organization officers, the date when the organization officers shall take office, and the minimum cumulative index requirements.

ARTICLE I – NAME

The name of this organization shall be the name _____ used to register the organization with the Student Life Office. The names and charters of all outside organizations with which this organization is affiliated are attached to this constitution in the appendix.

ARTICLE II – PURPOSE

The purpose of this organization is described in the "Statement of Purpose" filed in the Student Life Office.

ARTICLE III – MEMBERSHIP

a.  All members must be currently registered, matriculated students of Queens College and must subscribe to, or be interested in, the purpose of this organization.

b.  No person shall be denied membership or office because of sexual preference, national origin, race, sex, physical disability, political or religious beliefs.

ARTICLE IV – OFFICERS

Section 1

All nominees for organization board positions must have a minimum cumulative index of 2.0 and, if elected, must maintain a cumulative index of at least 2.0, and must be registered for the semester(s) during which they are to serve. All officers shall serve for one year and may be re-elected for one additional year as long as they maintain a cumulative index of 2.0 and are registered each semester.

Section 2

a.  The president shall be the official representative of the organization; he/she shall be a non-voting ex-officio member of all committees of the organization except the election committee.

---

**Adopted by majority vote of the Day Student Senate on June 4, 1997.

b.  The president shall have the power to convene and preside over the meetings of the executive board and the general membership and prepare the agenda for the meetings of the executive Board and the general membership. The president shall have the power of veto over all areas of budgeting and programming. Presidential veto may be overridden by a two-thirds (2/3) vote of the general membership. Decisions of the general membership are final. The president shall further perform such duties as may be necessary and proper in the fulfillment of his/her office, subject to the approval of the executive board.

Section 3

The vice-president shall be required to see that standing committee chairpersons are fulfilling their duties. The vice-president shall further perform such duties as may be necessary and proper in the fulfillment of his/her office, subject to the approval of the executive board. If the president is unable to perform his/her duties (due to impeachment, leave of absence or resignation) the vice-president shall assume the position of president.

Section 4

a. The treasurer shall keep a detailed record of all moneys allotted to the organization. The treasurer shall also submit all payment requests.

b. Each month the treasurer shall inform each standing committee chairperson of the amount of money remaining in each committee budget. The treasurer may request from each standing committee chairperson a financial statement of the committee. This standing committee financial statement must be submitted to the treasurer within two (2) school days of the request.

c. The treasurer shall perform such duties as may be necessary and proper in the fulfillment of his/her office, subject to the approval of the executive board. The treasurer shall assume the position of vice-president in the event that the vice-president is unable to perform his/her duties (due to leave of absence, resignation or assumption of the presidency.) A new treasurer will be elected in a special election called by the president if a vacancy occurs in this office.

Section 5

The secretary shall take minutes and attendance of all meetings and maintain an up-to-date active voting membership roster.

A new secretary will be elected in a special election called by the president if a vacancy occurs in this office.

## ARTICLE V – EXECUTIVE BOARD

Section 1

a.  The members of the executive board shall be the president, vice-president, treasurer and secretary.

b.  The total membership of the executive board shall not exceed four members of the organization.

Section 2

All executive board meetings shall be conducted according to Robert's Rules of Order (latest Edition), except where expressly provided for in this constitution.

Section 3

The president shall be the chairperson and presiding officer of the executive board.

## ARTICLE VI – MEETINGS

Section 1

This organization shall hold at least one general membership meeting each month.

Section 2

A quorum consisting of a majority of the total active voting membership is necessary for the transaction of any business of all meetings.

Section 3

All meetings must have an agenda, and five (5) school days prior notice of the meeting must be given to all organization members.

Section 4

The president must convene a meeting within a reasonable amount of time if such a meeting is initiated:

a.  by a majority vote of the voting members present at a regular or special meeting; or

b.  upon a petition signed by one-third (1/3) of the active voting membership.

ARTICLE VII – ELECTIONS

Section 1

An election committee shall be elected by the general membership in March of each academic year. It shall consist of five (5) members, none of whom may be considered for elected office. If a vacancy occurs on the committee, a special election shall be held to fill the vacant seat. This committee shall elect its own chairperson, and recommend the time, manner and place of election pursuant to the articles contained in this constitution.

Section 2

No person shall seek the position of president, vice-president, secretary or treasurer unless he/she has been a member of this organization for two semesters prior to the semester when he/she would assume office.

Section 3

All officers must be elected by majority vote during the annual Academic Senate election period. Elections must be held no later than May 1st. New officers will assume their positions on June 1st.

a. Nominations shall be by majority vote of the active voting members present whose names appear on the membership roster.

b. Election shall be by majority vote of the active voting members present whose names appear on the membership roster.

Section 4

Contested elections must be referred to the Campus Affairs Coordinators of the Student Senate.

ARTICLE VIII – IMPEACHMENT

Section 1

Any officer of the club may be brought up on impeachment charges if he/she is acting detrimentally to the organization or he/she has significantly disregarded the major responsibilities of his/her office.

Section 2

If a list of charges, signed by ¾ of the officers, is submitted to the president he/she must call for impeachment proceedings. If the president is being brought up on charges, the petition shall be submitted to the vice-president.

Upon receipt of the petition, the president shall suspend the officer and prevent him/her from exercising all powers and voting rights pending the outcome of the impeachment proceedings.

Section 3

If a list of charges, signed by two-thirds of the active members is submitted to the president, he/she must call for impeachment proceedings (see Section 2 for remaining steps).

Section 4

After proper impeachment proceedings, the officer(s) so charged may be impeached by a ¾ vote of organization members. If impeachment passes, the officer shall be removed from his/her position.

Section 5

Special elections:
a.   Upon impeachment of:

1.   President – the vice-president assumes the presidency and a special election is held for vice-president within a one-month period.

2.   Other officers – a special election will be held within a one-month period.

ARTICLE IX – AMENDMENTS

Section 1

Amendments to this constitution may be introduced from the floor and must be submitted to the secretary in writing at a general membership meeting.

Section 2

The entire voting membership shall be notified in writing at least five (5) school days prior to a vote on a proposed amendment.

Section 3

A two-thirds (2/3) vote of the active voting membership is necessary for the passage of an amendment.

ARTICLE X – DISSOLUTION

In the event of the dissolution of this organization, all accrued funds and assets shall revert to the College Association.

## STUDENT ASOCIATION CONSTITUTION

PREAMBLE

We, the students of Queens College of the City University of New York do hereby establish this Constitution of the Queens College Student Association, (hereinafter referred to as "SA").

ARTICLE I: MEMBERSHIP

All students enrolled in Queens College of the City University of New York, shall be members of the SA.

ARTICLE II: LEGISLATURE

Section 1
The legislative powers of the Student Association shall be invested in the Queens College Student Senate.

Section 2:
A)   The Student Senate shall be composed of the student members of the Academic Senate. Alternate Members of the Academic Senate shall not serve as alternates in the Student Senate.

B)   The term of office for members of the Student Senate shall run concurrently with their Academic Senate term.

Section 3
A)   The Vice President of SA shall convene a meeting of the Senate no later than fifteen (15) calendar days after assuming office.  The Vice President shall chair this meeting and the first regular item of business shall be the election of the Senate Chair.  Upon election, the Senate Chair shall assume office and preside over the election of such other officers as the Senate may choose to create.

B)   The Chair of the Senate must be a voting member of the Student Senate, and be elected by a majority vote of the membership of the Senate that is present and voting at the meeting.

Section 4:
During the fall and spring semesters the Senate shall meet no fewer than two (2) times in each semester.  The first meeting of each Semester shall be no later than the fourth (4th) week of the semester.  The Senate may establish other meetings.

Section 5:
The Student Senate shall have the power to:

1)   Consider such bills and resolutions as may concern the general welfare of the
        Queens College student body.

2) Establish and terminate SA Standing, Special and Ad-Hoc committees except as provided for in Article VIII  Section 9.

3) Create such project coordinators and Vice –Chair as are necessary to fulfill the needs of SA.

4) Approve and amend the SA Budget.

5) Consider any legislation submitted by the Chairperson of the Congress of Club Presidents if such legislation has been approved by the Congress of Club Presidents.

6) Ratify officers of SA as empowered to do so.

7) Impeach officers of SA as detailed in Article VII.

8) Establish referendum as detailed in Article IX.

9) Override any veto of the SA President by two-thirds (2/3) vote of the Senators present and voting.

10) Join organizations on behalf of SA, in accordance with the rules of the Student Senate.

11) Adopt such Rules or Bylaws as are necessary to properly carry out the foregoing powers.

Section 6:
A)  The Senate shall have an Executive Committee.

B)  The Executive Committee shall have five (5) voting members, all of who shall be members of the Senate.  The Senate Chair shall serve as the chair of the Executive Committee and shall be one of the voting members.  The remaining members of the Executive Committee shall be chosen by the Senate at the earliest possible time after having taken office.

C) The Executive Committee shall have the power to:

1. Place business items on the Agenda of the Senate.

2. Fulfill such other duties and responsibilities as assigned to it by the Senate.

Section 7:
The Chair of the Congress of Club Presidents and the SA President, if those persons are  not voting members of the Senate, shall be ex-officio, non-voting members of the Student Senate.

Section 8:

Meetings of the Student Senate, its Executive Committee and all other SA Committees shall be governed by Robert's Rules of Order (latest edition), except as expressly provided for in this Constitution or in any By-Laws that shall be adopted.

ARTICLE III: SA EXECUTIVE OFFICERS

Section 1:
A)   The officers of SA shall serve as members of the Executive Board to consider policy and advise the President and/or Senate on matters of concern to the Student Association.  It shall consist of the President, Vice President, Treasurer, Non-Traditional Students Chair, Programming Chair, Political/Cultural Chair and Academic Chair.

B)   The President shall be the Chief Executive Officer of SA and shall be the official spokesperson on behalf of SA.  The President shall have the power to veto any legislation approved by the Student Senate no later than ten (10) calendar days following said legislation's adoption by the Senate.  The President shall notify the Senate Chair of such action in writing.

C)   The Treasurer shall be responsible for maintaining all financial records within SA.  The Treasurer shall submit a written report to the Student Senate Executive Committee at least once per month, detailing all revenues and expenditures.

D)   The Political/Cultural Chair shall oversee and be ex-officio voting member for the SA Political Affairs Committee, SA Lobbying Team, and Multi-Cultural Affairs Committee.

E)   The Programming Chair shall oversee and be ex-officio voting member for Campus Affairs Committee, Freshman Sophomore Council, Charities Committee, and the Advertisement and Promotions Committee.

F)   The Academic Chair shall be the chair of the SA Academic Affairs Committee.

G)   The Non-Traditional Students Chair shall oversee and be an ex-officio voting member of the Evening/ACE, Graduate, Seek Committees.

Section 2:
A)   The President and Vice President of SA shall be elected for one (1) year terms during the Spring General Election.

B)   No person may stand for election as President or Vice President who at the time of the election has not completed forty-five (45) credits of college work, of which twenty (20) credits must be in residence at Queens College.

C)   No person may stand for election as President or Vice President of SA who is not, at the time of election, registered as a Student at Queens College.  All candidates must be "students in good standing" as defined by the Academic Senate of Queens College.

D)  For each office, the person receiving a plurality of the vote shall be elected.  In the event that two or more candidates receive an equal number of votes and no one candidate achieves a plurality, the newly elected Student Senate shall elect a person to fill the position from amongst those candidates receiving the equally highest number of votes.

E)  The President and Vice President of SA shall serve terms of one (1) year. Terms of office shall begin on June 1 following the General Election and shall end on May 31 of the following year.

F)  In the event that the office of President becomes vacant, the Vice President shall become the President of SA.  In the event of a vacancy in the office of Vice President, the Student Senate shall elect a person to serve out the remainder of the term.  Persons elected to serve out the remainder of the terms shall, at the time of their election, meet all of the qualifications required to run for that office.

Section 3:
A)  The Academic Chair shall be appointed by the President and ratified by the Student Senate.

B)  The Academic Chair shall be responsible for advising the Senators and Alternate Senators on all Academic Senate matters.  The Chair shall organize such efforts as are necessary to promote the student agenda in the Academic Senate and its committees.  The Chair shall be chair of the Academic Affairs Committee.

C)  If a vacancy shall occur in the office of Academic Chair, the new Chair shall be appointed following the procedure outlined in A above.

Section 4:
The Treasurer, Political/Cultural Chair, Programming Chair, Academic Chair, and Non Traditional Students Chair shall be appointed by the SA President and ratified by the Student Senate.  These SA officers shall oversee and be ex-officio voting members for the Vice Chairs of standing committees as detailed in Article VIII.  Terms of office shall begin on the date of ratification and end on May 31 following said ratification.

ARTICLE IV: STUDENT ASSOCIATION FINANCES

Section 1:
The President of SA must submit a budget no later than the first regular meeting of the Senate in each budget period.  The budget shall represent the total amount of money available to Student Association.

Section 2:
This budget may be amended by a majority vote of the Senate.  The final budget shall be approved by a majority vote of the Senate.  No new funds may be spent by SA without a budget having been approved for the budget period in which those funds are to be disbursed.  The Senate may, at any time, amend a previously adopted budget, so long as the budget items being amended have not already been encumbered or expended.

Section 3:
A portion of the budget shall be placed in a Presidential Contingency Fund. That portion shall not exceed four percent (4%) of the total funds allocated in the budget. The President must report any moneys used from this fund in writing at the next Senate meeting.

Section 4:
The President of SA shall have the authority to veto the budget or any line item within the budget approved by the Senate within ten calendar days following the approval. The President shall notify the Senate Chair of this action by a written letter. The Senate may override the veto by a two-thirds (2/3) vote of those present and voting.

ARTICLE V: CONGRESS OF CLUB PRESIDENTS

Section 1:
The Presidents of all registered clubs shall be members of the Congress of Club Presidents, hereinafter referred to as "Congress." Presidents of clubs that have been registered for more than two (2) consecutive semesters shall have voting privileges in meetings of the congress. Presidents of clubs that do not meet this requirement shall have non-voting status.

Section 2:
The voting club presidents may send a voting representative to the Congress on their behalf. The representative shall have a letter, dated for the meeting in question and duly signed by the President of the Club, authorizing that person as proxy. Proxies shall have all of the rights and privileges of club presidents in the Congress.

Section 3:
The President of SA shall convene a meeting of the Congress no later than the fourth (4th) week of the Fall Semester. The President shall chair this meeting and the first regular item of business shall be the election of the Chair of the Congress. The Chair shall be elected by a majority vote of the voting members present and voting. Upon election, the Chair shall assume the chair of the meeting and hold elections for such other officers as the Congress shall deem necessary.

Section 4:
The Chair of the Congress must be the President of a club that has voting rights in the Congress of Club Presidents. No person may serve as the Chair of the Congress who is concurrently serving as one of the officers of SA, as listed in Article III.

Section 5:
The Congress shall have the power to adopt resolutions regarding issues of concern to the members of clubs. The Congress shall also have the power to propose legislation to the Student Senate. The Congress shall work to foster relationships between clubs and the faculty, staff, administrators and other offices serving the clubs. The Congress shall work to foster and build relationships among clubs at Queens College.

ARTICLE VI: SA JUDICIARY

Section 1:
The student members of the Faculty Student Disciplinary Committee (FSDC) shall be the members of the SA Judiciary. Two-thirds (2/3) of the members of the SA Judiciary shall form a quorum for the purpose of hearing and voting in a Judiciary Hearing.

Section 2:

A)  Upon impeachment of an officer, all of the powers, duties, and responsibilities inherent in that office shall be suspended until final action is taken by the Senate on the resolution of impeachment.

B)  If the Senate adopts a resolution impeaching the President, all of the powers, duties and responsibilities of the President shall be transferred to the Vice President.

Section 3:
A)  Within one academic week of the impeachment, the Senate shall convene to take final action on the resolution of impeachment.

B)  The Senate cannot move into Executive Session while considering final action on a resolution of impeachment.

C)  The Senate shall remove the impeached officer from office by a three- fourth (3/4) vote of the membership present and voting. Upon removal, the office shall be declared vacant and the position shall be filled through the process outlined in Article III.

Section 4:
The President shall have the authority to remove from office, at any time, the Treasurer, Political/Cultural Chair, Programming Chair, Non Traditional Students Chair, Academic Chair in the same manner as the President removes the Vice Chairs of standing committees.

ARTICLE VIII: SA COMMITTEES

Section 1:
The Senate shall, by a two-thirds (2/3) vote of the members present and voting at a Senate meeting, establish SA Standing Committees.

Section 2:
The SA President shall appoint a Vice Chairperson for each Standing Committee who must be ratified by a majority vote of the Senate. Each Vice Chair shall report to the respective Chair, President and Vice President on the activity of their Committee, no less than once per month.

Section 3:
A)  Membership on SA Standing Committee shall be open to any student. In order for a student to attain membership on the committee, the student must be nominated by the Committee Vice Chair and elected by the Student Senate.

B)   Any voting member of a committee who misses two (2) consecutive called meetings of the committee shall be removed from the committee.  The student must then go through the process in Section 3A in order to again become a member of the committee.

Section 4:
The SA President shall have the authority to remove the Vice Chair of any Standing committee. The President shall send written notice of this action to the Senate Chair and to the person in question.

Section 5:
In the event that the Vice Chair of a Standing Committee becomes vacant, the President shall appoint a new Vice Chair following procedure outlined in Section 2 above.

Section 6:
The Vice chairs of Standing Committees shall be members of their own committees.

Section 7:
The SA President and SA Vice President shall be non-voting members of all SA Standing Committees.

Section 8:
SA Standing Committees shall meet at least once per month in the Fall and Spring semesters. Meetings of committees shall be called in any of the following ways:

1. by the Vice Chair of the committee;
2. by petition of one-third (1/3 of the voting committee members;
3. by a majority vote of the [Day] Student Senate.
4. by the Chair of the respective committees.

Section 9:
The following shall be SA Standing Committees:

1. Political Affairs Committee.
2. Campus Affairs Committee.
3. Academic Affairs Committee.
4. Multi-Cultural Affairs Committee.
5.  Evening/Ace Students Committee.
6.  Seek Students Committee.
7.  Graduate Students Committee.
8.  Charities Committee.
9.  Advertising and Promotions Committee.
10. Freshman/Sophomore Council.
11. Lobbying Team

These committees shall have constitutional status.  The other Standing Committees may be dissolved by a two-thirds (2/3) vote of the Senate.

Section 10:
The Political Affairs Committee shall be responsible for organizing and coordinating events dealing with political issues.  The committee shall inform the SA President of all developments in City, State or Federal Government that may affect Queens College students.

Section 11:
The Campus Affairs Committee shall monitor and enforce all club guidelines and submit proposed revisions of these guidelines as necessary to the Student Senate for approval.  The committee shall assist the SA President in all matters affecting club activities of students.  The committee shall organize and coordinate events relating to campus life.

Section 12:
The Academic Affairs Committee shall advise the SA President on all academic matters. The committee shall be responsible for informing students regarding academic rights and policies and shall be responsible for SA relations with the faculty and administration.  Student members of the Academic Senate Executive Committee shall be ex-officio members of the committee.

Section 13:
 The Charities Committee shall be responsible for organizing and coordinating all SA charity projects that provide services to students and/or to the community, state, nation, and different nations.

Section 14:
 The Multi-Cultural Affairs Committee shall deal with issues of bias and discrimination on behalf of SA.  The committee shall work to promote awareness at Queens College.  The committee shall also organize and coordinate multi-cultural events.

Section 15:
The Advertising and Promotions Committee (ADPro) shall handle all publicity necessary for the Student Association.

Section 16:
The Freshman/Sophomore Council shall organize and coordinate events and programs designed to target Freshmen and Sophomores interests and get them actively involved on campus.

Section 17:
The Lobbying Team shall organize and coordinate all SA legislative lobbying efforts.

Section 18:
The Evening/ACE Students Committee shall organize and coordinate programs to serve their appropriate constituencies.

Section 19:

The SEEK Students Committee shall organize and coordinate programs to serve their appropriate constituencies.

Section 20:
The Graduate Students Committee shall organize and coordinate programs to serve their appropriate constituencies.

Section 21:
The Committees outlined in section 18,19,20 above shall make allocation recommendations to the Queens College Student Senate in order to ensure that events and programs are planned and implemented to serve their appropriate constituencies. The Committees shall also advise the President, Vice President, and Senate on issues related to their respective constituencies.

ARTICLE IX - INITIATIVE & REFERENDUM

The Students reserve the right to express ourselves and the power to reject any action of the Student Senate.  The act of expression and the power to reject shall be asserted through the right of initiative and referendum.

Section 1:
A petition of initiative must contain the complete text of the measure or statement being proposed.  The petition must be signed by students totaling fifteen (15) percent of the total valid vote cast in the last election for SA President.  The petition shall be presented to the Academic Senate Elections Committee for mandatory presentation to the all students at the next Spring General Election.

Section 2:
The Student Senate may, by a majority vote of the membership present and voting, establish a referendum for the Spring General Election.

Section 3:
Any referendum shall be adopted by a majority vote.

ARTICLE X - AMENDMENT PROCESS

Section 1:
Amendments to this constitution may be proposed either through the process of initiative or by a two-thirds (2/3) vote of the [Day] Student Senate.

Section 2:
To be adopted, amendments must receive a majority of favorable votes from all those voting on the matter in a referendum.

ARTICLE XI - ADOPTION AND IMPLEMENTATION

Upon adoption of this Constitution by the Students in a referendum, the Constitution shall be implemented on June 1 following said adoption.  The SA President and Vice President that are elected in the Spring General Election that is held concurrent with the referendum on this Constitution shall serve as the first President and Vice President of SA under this Constitution. The requirements for these two persons to hold office shall be the same as those of the office to which they are elected under the SA Constitution in effect at the time of said election.

All legislation and resolutions approved by the Student Senate and by the Congress of Club Presidents prior to June 1, shall carry over and continue to be binding except where such legislation conflicts with this Constitution or any Bylaws that shall be adopted.



# Program Authorization Form

*Registered Student Organizations must meet with the Office of Student Development & Leadership to complete this form in order to plan a program or event in the Student Union.  If approved, RSO's must submit this form to SU 100 for reservation confirmation.*

Registered Student Organization: _____

RSO Officer Name: _____ Position: _____

CUNY ID#:_____Cell Phone:_____

Email: _____ @qc.cuny.edu  OSDL Advisor: _____

---

Title of Event: _____

Description of Event: _____

_____

Date(s) of Event: _____ Requested Space(s): _____

Event: Start Time _____ End Time_____   Reservation: Start Time _____ End Time_____

Estimated Attendance _____☐ Queens College Only ☐ CUNY ☐ Open to Public

Type of Event: ☐ Meeting ☐ Lecture ☐ Conference ☐ Reception ☐ Dance ☐ Other: _____

---

Current Balance in QCA Account: _____

Is this a SAEF Event? ☐ Yes ☐ No    If Yes, how much SAEF funding was awarded? _____

Co-sponsors: ☐ Yes ☐ No                    Is there a co-sponsorship form submitted? ☐ Yes ☐ No

Please list co-sponsors _____

_____

---

**FOR OFFICE OF STUDENT DEVELOPMENT & LEADERSHIP ONLY**

Approved by: _____ Date:_____

☐ Performance Agreement ☐ Rider ☐ Contract ☐ Flyer ☐ Other_____

Name of Speaker(s)/Performer(s): _____

Will a Fee Be Charged? ☐ Yes ☐ No    Tickets Required? ☐ Yes ☐ No    Advanced Sales? ☐ Yes ☐ No

Donations? ☐ Yes ☐ No    How Will You Advertise? ☐ Email ☐ Social Media ☐ Knight News ☐ Other


Logistical Requirements: ☐ Chairs ☐ Tables ☐ Dining Services ☐ Liquor Services

Set Up Notes: _____

_____

_____

---

<u>AV Equipment:</u> Does this event require AV equipment? ☐ Yes ☐ No

If so, please indicate what is needed and how many of each:

LCD Projector: _____   Laptop: _____   Smart board: _____

Freestanding Screen: _____   DVD player: _____   Portable sound system: _____

Podium w/ microphone: _____   Wireless microphones: _____   Microphone stands: _____

Lavaliere Microphone _____   Other: _____

Will there be a DJ? ☐ Yes ☐ No    Will there be an MC? ☐ Yes ☐ No

*Note: Organizations are responsible for replacement of stolen/damaged equipment. Signature by Applicant certifies that the information on this form is complete and accurate and that the applicant agrees to abide by the policy and to be responsible for all incurred expenses.*

POLICY DISCLAIMER:
- Reservation requests require 15-business day lead-time.
- Events such as parties, conference, etc., must be finalized 15 days prior to the event date otherwise the event will be cancelled.
- Some events will require a security presence and we will advise when deemed necessary. RSO is required to pay for security presence and any overtime for buildings & grounds.
- Chartwells maintains exclusive rights to provide food service on all college property.
- Parking options may be available, please inquire.

Signature of RSO Officer: _____   Date: _____
☐ President ☐ Vice President ☐ Treasurer

**APPROVED**

Security Office: _____   Date: _____

Events Office: _____   Date: _____

Estimated Cost for Event: _____

## PERFORMANCE AGREEMENT

**AGREEMENT** made as of date, between name of association, located on the campus of name of college ("College") at address of association ("Association"), and the artist listed below ("Artist") by and through its agent and legal representative, if an agent is listed below ("Agent").

| ARTIST | |
|---|---|
| Name of artist/company | |
| Contact Person (if other than above) | Title |
| Address | |
| Phone Number | E-mail Address |
| EIN/SS# | |

| AGENT (if any) | |
|---|---|
| Name of Agent | |
| Contact Person (if other than above) | Title |
| Address | |
| Phone Number | E-mail Address |

| PERFORMANCE SERVICES | |
|---|---|
| Description of Performance | |
| Date(s) of Performance | Time(s) of Performance |
| Location of Performance | |

| FEE | |
|---|---|
| Fee for services | Travel or other agreed expenses |

Riders are attached to this Agreement:   Yes ☐          No ☐

The terms and conditions of this Agreement follow on the next page.

**TERMS**

In consideration of the mutual covenants and conditions herein contained, the parties agree as follows:

1.      PERFORMANCE SERVICES

        (a)      The Artist shall provide the performance services ("Services") on the date(s) and time(s), and at the location, set forth on page one of this Agreement.

        (b)      No substitution of artists or speakers will be allowed without the prior written consent of the Association.  The Association reserves the rights either to cancel the performance or renegotiate the fee with an appropriate reduction if substitutes appear for any or all the principals constituting the Artist.

2.      PAYMENT

        (a)      The Association will pay Artist a fee for all Services in the amount set forth on page one of this Agreement.  Payment to Artist is due after completion of the Services and will be made by check to the Artist unless the Artist provides other instructions in writing that are approved by the Association.

        (b)      If the Artist does not begin the Services at the starting time noted above, the Association reserves the right to:  (i) cancel this Agreement; (ii) reschedule the performance(s) for another date; or (iii) permit the Services to be rendered.  If the Association decides to permit the Services to be rendered, the Services must be for the full length of time identified in this Agreement, or at the option of the Association, the Services will be rendered for a shorter period and the Artist will be paid in an amount pro-rated to reflect the actual time the Services were rendered.  The Association is solely responsible for the payment to the Artist, and none of the College, The City University of New York ("University"), the City of New York, the State of New York, or their respective agents, employees, officers, directors, and trustees are parties to this Agreement, nor are any of them responsible for such payment.

        (c)      The amount of travel expenses approved by the Association, if any, are indicated on page one of this Agreement and will be paid to the Artist by the Association upon submission of receipts.

3.      AGENT'S WARRANTY.  If this Agreement is signed by the Agent, the Agent warrants that it has full and current legal authority to act on behalf of Artist.

4.      TERMINATION.  The Association may terminate this Agreement with or without cause provided written notice is given to the Artist at least five days prior to the date the Services are to be rendered.  Shorter notice may be given if an unforeseen event occurs which in the judgement of the Association may affect the performance or the benefits of the performance to the College.

5.      COMPLIANCE WITH RULES AND REGULATIONS.  The Artist is an invitee on College property for the purposes of rendering the Services.  The Artist agrees to comply with all rules, regulations and policies of the College and the Association, and to comply with lawful directives

of representatives of the College and Association acting in their official capacity, including without limitation security and guest policies, tobacco policies, and volume levels for amplifiers and speakers that may be used by the Artist.  The deliberate failure by the Artist, its agents, officers, or employees to comply with lawful directives issued by representatives of the College and Association in their official capacity and for the purpose of public order will constitute a breach of this Agreement.

6.      SECURITY.  All security for the performance, if held on College premises, will be made under the control and supervision of the College.  Frisking or other searches are not permitted, except by law enforcement officials.  Any special security arrangements must be approved by the President of the College or his/her designee prior to the performance.

7.      LICENSES AND PERMITS.  The Artist must, at its expense, procure in advance of the performance of the Services, any and all licenses, certificates, permits and approvals required for the proper and lawful conduct of the Services ("Permits"), including without limitation, any and all Permits required in connection with performance, display or other use of another's intellectual property.  For the avoidance of doubt, this means that the Artist is responsible for procuring and paying for all rights for the performance, including but not limited to, music, script, performers, stage direction, choreography, scenic, costume and lighting design, etc.  At the Association or the College's request, the Artist must submit the Permits for inspection.  The Artist must at all times comply with the terms and conditions of each Permit.

8.      INDEPENDENT ENTITY

        (a)     Notwithstanding any other provisions of this Agreement, the Artist's status is that of an independent contractor and not that of an employee or agent of the sponsoring student organization, the Association, the College, or the University.  All personnel furnished by the Artist under this Agreement, if any, shall at all times be deemed to be employees of the Artist, and the Artist shall be responsible for their work, direction, and compensation.   Nothing in this Agreement shall be construed to impose any liability or duties upon the Association for the performance of services by any third party hired or otherwise engaged by the Artist.

        (b)     Nothing in this Agreement shall impose any tax liability upon the Association, including, but not limited to, federal, state, and local income taxes, unemployment insurance, or social security tax, incurred by the Artist.  The Artist agrees to indemnify the Association and hold it harmless from any and all claims for such payments by taxing authorities, including but not limited to fines, penalties, levies, and assessments, for failure to withhold or remit such payments.

9.      NON-DISCRIMINATION.  The Artist agrees that in performance of the Services, it will not discriminate against any employee or applicant for employment because of race, creed, color, sex, national origin, sexual orientation, age, disability, genetic predisposition or carrier status, or marital status, and that it will comply with all applicable laws, rules, regulations and ordinances of the United States and the State and City of New York with respect to the Services.

10.     CONFLICT OF INTEREST.  The Artist represents that no monetary or other form of remuneration has been given, offered or promised to anyone in order to induce the Association to enter into this Agreement, and that during the performance of this Agreement, no

3

remuneration will be given, offered or promised to any trustee, director, officer, employee, student, or agent of the Association, College, or University, or to any other director, officer, employee, or person whose salary is payable in whole or in part from the treasury of the City or State of New York.

11.     INDEMNIFICATION.  The Artist agrees to be responsible for any personal injury or property damage which is directly or indirectly attributable to the Artist's performance of the Services, or to the activities of the Artist's directors, officers, employees, volunteers, contractors, and agents in connection with or related to the Services.  The Artist shall protect, indemnify, and hold the Association, the College, the University, and the City and State of New York, and their respective directors, officers, employees, agents, students, and invitees from any and all claims, suits, causes of action, liabilities, losses, damages, and expenses (including, but not limited to, attorney's fees and court costs in connection with any such matters) to which the Association, the College, the University, City of New York, and/or State of New York may be subjected arising out of or relating to:  (a) injury to person or property, or wrongful death, that may result from any negligence, intentional wrongdoing, malpractice, or incompetence of the Artist, or anyone employed or engaged by the Artist, in connection with the performance of the Services; or (b) any breach by the Artist of this Agreement or any of the Artist's representations or warranties set forth in this Agreement.

12.     INSURANCE.  The Artist shall maintain with a licensed carrier authorized to do business in New York (a) workers compensation insurance covering its employees, if any, as required by law and (b) commercial general liability insurance for personal injury (including death) and property damage with a combined single limit of at least $ amount per occurrence and $ amount in the aggregate.  The commercial general liability policy shall cover all liability assumed by the Artist under this Agreement. The policy shall name the Association, the College, the University, and the City and State of New York as additional insureds.  The Artist shall provide proof of such coverage in advance of the performance of the Services.

13.     TAPING, ETC.  The Artist hereby authorizes the Association and/or the College to photograph, videotape, audiotape, and/or otherwise document by any such means as are now available or may be available in the future, the Artist's performance and to use this documentation in whole or in part, for the University's educational, research, archival and promotional purposes.

14.     MISCELLANEOUS.

        (a)     The Artist's obligations under this Agreement may not be assigned, subcontracted, or transferred without the prior written consent of an authorized representative of the Association.

        (b)     This Agreement, including its exhibits and riders, all of which are incorporated into the Agreement, contains the entire understanding of the parties hereto, supersedes all previous oral or written understandings, representations, or agreements to the extent that they related to the subject matter of this Agreement, and may not be modified by either party unless such modification is in writing and signed by an authorized representative of each party.

        (c)     Wavier by either party of a breach of any provision of, or right under, this Agreement shall not operate or be construed as a waiver of any other or subsequent breach of

4

the same provision or right, or of any other provision or right under this Agreement.

(d)      If any provision of this Agreement, or the application thereof to any person or circumstance, is held invalid, such invalidity shall not affect any other provision that can be given effect without the invalid provision or application, and to this end the provisions hereof shall be severable.

(e)      This Agreement may be executed in one or more counterparts, each of which shall be deemed an original but all of which together shall constitute one and the same instrument.

(f)      This Agreement is governed and construed in accordance with the laws of New York State, without regard to principles relating to conflicts of law, except where the Federal supremacy clause requires otherwise.  The courts of the State of New York in New York County and the United States District Court for the Southern District of New York shall have exclusive jurisdiction over the parties hereto with respect to any dispute or controversy between them arising under or in connection with this Agreement.

(g)      This Agreement and the obligations of the parties are subject to conditions beyond their reasonable control, including without limitation illness, accidents in transportation or otherwise, failure of instruments or equipment, fire, flood, strikes, riot, acts of God, etc.  If either party is prevented from carrying out its obligations under this Agreement for such reason, neither party will be under any obligation to present the performance at a different time, nor to compensate the other for any services or expenses incurred in connection with such performance.

IN WITNESS WHEREOF, the parties hereto, by their duly authorized representatives, have signed this Agreement as of the day and year first written above.

ASSOCIATION                                    ARTIST

By: _____        By: _____
        (Signature)                                          (Signature)


_____                _____
(Printed Name and Title)                    (Printed Name and Title)

## Queens College Student Union
### Rider to the Contract

dated_____between_____and_____.

*(This Rider must be signed by all Artists, Groups, Performers, Speakers, DJ's, VJ's when the performance takes place at or in the Student Union)*

**DEFINED TERMS:**

**term "Rider"** -          shall refer to this document.

**term "Student Union"** -    shall refer to the Queens College Student Union, both internal rooms and external patios and parking lots, operated by the Queens College Student Services Corporation.

**term "Artist" -**          shall refer to the performer, group, speaker, disc jockey (hereinafter "DJ"), video jockey (hereinafter "VJ"), band (hereinafter "Band"), or other person(s) contracted to perform or speak at the Student Union.

**term "Contract"** -        shall refer to the agreement dated_____between_____and_____, signed to engage the Artist.

**term "Crewmembers"** -     shall be defined as non-performing persons who accompany the Artist to assist with loading and setup of equipment.

1. Items enumerated in this Rider shall supersede any items in the Contract and/or any verbal agreements made by any parties to the Contract if such agreements conflict with this Rider.

2. Underline General Policies - The Artist shall comply with the terms of the Contract, Rider, the policies of the Student Union, and any and all verbal instructions of the Student Union staff upon arrival at the Student Union.

3. Entrance - The Artist shall load all equipment necessary for the performance at the Student Union loading dock, located at 152-45 Melbourne Avenue, Flushing, NY, 11367, unless otherwise instructed by Student Union Security at the time of arrival. If prior loading arrangements have been made at another site other than the loading dock, these arrangements shall be set forth as follows:

   _____

4. Personnel - The Artist shall only bring, and the Student Union shall only admit five (5) Crewmembers to assist the Artist with equipment loading. For example with respect to a DJ performance, the Student Union will admit six (6) persons, the DJ (1) plus five (5) Crewmembers. With respect to a Band with four members, the Student Union will admit four (4) band members plus five additional Crewmembers for a total of nine (9) persons.

   Prior to the event, the Student Union will issue wristbands to all Artists and/or Crewmembers for identification. Artists and or Crewmembers must wear the wristband on their wrist during the course of the event. Additional or replacement wristbands will not be issued during the course of the event.

5. Metal Detectors and Inspection - The Artist and Crewmembers shall not bring alcohol, controlled substances, or weapons into the Student Union. All Artists, Crewmembers and their equipment must pass through the Student Union security check which may include the use of metal detectors before entering the Student Union. The Student Union reserves the right to inspect all packages for controlled substances, alcohol, and weapons. The Student Union reserves the right to refuse entrance to any person or package that has not been checked by Student Union Security. The Artist and Crewmembers understand that the Student Union is a "smoke free" facility and agree to comply with this policy.

6. Identification - The Artist and Crewmembers shall have valid photo ID proving that they are at least 18 years of age. Waivers to the age requirement shall be requested at least seven working days prior to the event from the Director of Student Life. If the Artist and/or Crewmembers wishes to purchase alcoholic beverages at the Student Union, valid photo ID proving that the Artist or Crewmember is at least 21 years of age shall be provided to the Student Union prior to the purchase of any alcoholic beverages. The Student Union reserves the right to refuse entry to anyone not providing proper photo ID.

7. Bodyguards - City University of New York policy prohibits the use of personal or private bodyguards or private security personnel at City University campuses. All security at the event shall be under the direction of the Associate Executive Director of the Student Union or designee. Any questions concerning security must be addressed, in person, with the Associate Executive Director or designee at least five (5) business days prior to the date of the event or performance.

8. Fog Machines & Open Flames - The use of open flames and/or fog machines is prohibited.

9. Copyright - In connection with the performance of its obligations under the Contract and Rider, the Artist agrees to comply with all applicable copyright laws. In addition to the indemnification provided in Section 11 of the Contract, the Artist further agrees to indemnify and hold harmless Queens College, the Queens College Association, the Queens College Student Services Corporation, the City University of New York, the City of New York, the Dormitory Authority of the State of New York, the State of New York and their respective directors, officers, agents, employees and members from any and all responsibility, costs (including attorney's fees), or liability of any nature, kind and description whatsoever, directly or indirectly, arising from the infringement or violation of any such copyright laws by the Artist and its agents, employees, volunteers, and subcontractors, if any, in connection with its performance under the Contract and/or Rider.

IN WITNESS WHEREOF, the parties have set their hand:

_____    _____    _____    _____
Director of Student Life,                      Date              Authorized Representative                 Date
Queens College Student Union                                   For the Artist

## QUEENS COLLEGE OFFICE OF STUDENT LIFE
## STUDENT ORGANIZATION REQUEST FORM
### (For Non-SU (including Dining Hall) Campus Space Only).

SEMESTER: _____                Date Submitted: _____

_____ has registered with the Office of Student Life and is
　　　　(Name of Student Organization)
entitled to request a space assignment on campus.

Program Title: _____        Number of Attendees:_____

Time(s) & Date(s) Requested: _____
　　　　　　(List each date)

_____

_____

Organization Officer: _____   _____   _____
　　　　　　　　　　　　　(Print)　　　　　　　　　(Signature)　　　　　　　(QC ID NUMBER)

Phone #: _____        QC Email Address (only!): _____

Choice #1:  Building _____        Room # _____
Choice #2: Building _____        Room # _____

　　　 If a film is being shown, _____
　　　　　　　　　　　　　　　　　　(name of film)

　　　 If a speaker(s) is/are lecturing, _____
　　　　　　　　　　　　　　　　　　　(name of speaker(s)
You must provide a link for a bio of the speaker(s) or a link for a synopsis of the film you are showing

_____

Please write a short paragraph on how your club will use the space.

_____

_____

_____

_____        _____
Signature of Student Life Professional        Date

Please email this form back to Judy Krinitz at jkrinitz@qc.cuny.edu and allow 1-2 business days for your event to be approved.  An email will automatically be sent to your QC email address only notifying you to pick up your approved form. <mark>Once approved, please scan or send a clear picture to Sylvia Hernandez at:  shernandez@qc.cuny.edu or drop it off at Kiely 413A.</mark>



**The Summit** Registered Student Organization (RSO) Space Request Form
*Complete this form and bring it to The Office of Student Development & Leadership in the Student Union, 327.*
*If approved, your designated OSDL Advisor will sign and stamp the form.*
*You can then submit this form to Ms. Barbara O'Neill in The Summit, room 139.*

**Date Submitted: _____**

_____ has registered with the Office of Student Development &
                **(Name of RSO)**
Leadership and is in *good standing* to request space on campus.

**RSO Officer:** _____     **CUNY ID #:** _____

**Position:** _____     **Phone #:** _____

**QC E-mail:** _____     **Signature:** _____

**Program Title:** _____     **Number of Attendees:**_____

**Description of Event:** _____

**Date(s) & Time(s) Requested:** _____

_____

_____

**Space Requested:** _____

**Logistical Requirements (Check all that apply):**

☐ Chairs     ☐ Tables     ☐ Dining Services

_____     _____
  Signature of OSDL Advisor                Date



Queens College, Office of Information Technology (718-997-5960)

# Request for Media Services

(For student club use only)

**FOR OFFICE USE ONLY**
Date received in AV:
_____
Notes_____

Requests must be received 7 business days prior to event. *Please print all entries in ink; incomplete forms will not be processed*

**Contact Information:**

Club Name _____     E-Board Position _____

Full Name _____     Email _____@qmail.cuny.edu

Cell # _____     CUNY ID # _____

**Event Information:**

Date (s) of Event _____     Building & Room # _____

_____     _____

_____     _____

Time of Event- From _____ AM/PM To _____ AM/PM

**Equipment Required:** *Check item(s) being requested*

- o   VHS
- o   Data Projector
- o   Laptop Computer
- o   Screen

- o   Overhead Projector
- o   DVD
- o   16-mm Film Projector
- o   Boombox

- o   Carousel Slide Projector
- o   Camcorder
- o   Other_____
  _____

**Available ONLY in Kiely 115, 119, 119A:**
- o   Smartboard
- o   Document Camera

**By my signature below, I acknowledge my responsibility for all Office of Information Technology equipment delivered and/or picked up for my event.  Under no circumstance will I leave equipment unattended**.

_____     _____
Signature of E-Board Member                          Date

_____
Signature of Student Life Professional

_____
Date

*Stamp of Approval from Office of Student Life*

Please submit this form to Kiely 226.
If requesting equipment for PH classroom please submit request to PH 136.

**Payment Request Queens College Association Form**

*Complete this form by submitting all required materials. If you are not sure what is required to submit complete paperwork, refer to the checklist on the back of this form. Once complete, bring it to The Office of Student Development & Leadership in the Student Union, 327. If approved, your designated OSDL Advisor will sign the form. You can then submit this form to the Queens College Association, room 203. If this form is not complete or you are missing materials the Queens College Association Business Office will contact you and you will be expected to resubmit all materials.*
**Please allow up to three weeks for payment.**

### Date Submitted: _____

---

_____, _____ has registered with the Office Student
　　　　　**(Name of RSO)**　　　　　　　　**(RSO 5-digit #)**
Development & Leadership and is in *good standing* to submit a payment request.

**Requested by:** _____　　　　**Position:** (check below)
　　　　　　Print Name of RSO Officer　　　　　　☐ President　☐ VP　☐ Treasurer

**CUNY ID #:** _____　　　　**Phone #:** _____

**Signature:** _____

*By signing, I attest that this purchase/payment is in accordance with CUNY and Queens College Association regulations. I also attest that all attached invoices/receipts/materials are valid.*

---

| **Description** (e.g. Office Supplies, Decorations, etc.): | **Total:** |
|---|---|
| | |
| | |
| | |
| | |

---

**Payable To:**

_____　　　　_____
PRINT Vendor or Payee's Name　　　　　　　　Address

_____　　　　_____
Social Security # (individuals only) OR Tax ID #　　City, State, Zip Code

**Check One:**　　　　　　　　　　　　　　　_____
☐ Pickup Check at Business Office, SU 203　　　Phone # of Vendor or Payee
☐ Mail the Check

----------------------------------------------- **FOR OFFICE USE ONLY** -----------------------------------------------
_____　　　　_____

_____　　　　_____
Authorized Signature for QCA　　　　　　　　Signature/Date of Check Recipient

Requisition #: _____　　　Budget Verified: _____　　　By: _____

P.O. #: _____　　　Check #: _____　　　Paid On: _____

## Payment Request Queens College Association Check List

*If this form is not complete or you are missing materials the Queens College Association Business Office will contact you and you will be expected to resubmit <u>all</u> materials. For request that are more than $5000.00, the must be two Authorized signatures for QCA.*

### For Reimbursement:

☐ Payment Request
☐ Original, itemized invoice or receipt (e.g. cashier receipt, order confirmation, e-mail, etc.)
☐ Proof of Payment (e.g. PayPal or credit card statement – must show post date)
☐ Event Flyer (Minimum: Must include club name, event name, date, and time)

### For Paying an Outside Catering Vendor:

☐ Payment Request
☐ Original, itemized invoice or receipt (e.g. cashier receipt, order confirmation, e-mail, etc.)
☐ Contract (must be approved by the Office of Student Development & Leadership)
☐ Board of Health Certificate
☐ Food Handler's Certificate (includes photo ID)
☐ Event Flyer (Minimum: Must include club name, event name, date, and time)
☐ W-9 (Dated within the fiscal year July 1-June 30)
☐ Chartwells Wavier (original, must be signed & dated)

### For Paying a Vendor That is Providing Services:

(e.g. Performer, DJ, Event Speaker,  etc.)
☐ Payment Request
☐ Contract (must be approved by the Office of Student Development & Leadership)
☐ Rider to the Contract (if vendor is bringing in their own equipment)
☐ Event Flyer (Minimum: Must include club name, event name, date, and time)
☐ W-9 (Dated within the fiscal year July 1-June 30)

### For Paying a Vendor That is Providing Goods:

(e.g. T-Shirts, Banners, etc.)
☐ Payment Request
☐ Original, itemized invoice or receipt (e.g. cashier receipt, order confirmation, e-mail, etc.)
☐ Bid Form (if good are $250 or more)
☐ Artwork Proof (Print Out Example of T-Shirt, Banner, etc.) (Must include club name, event name, date, and time)
☐ Event Flyer (Minimum: Must include club name, event name, date, and time)
☐ W-9 (Dated within the fiscal year July 1-June 30)

### For a Conference & Day Trip Travel:

(e.g. Paying a Hotel, Travel Agent, etc.)
☐ Payment Request
☐ Original, itemized invoice or receipt (e.g. cashier receipt, order confirmation, e-mail, etc.)
☐ Conference Itinerary
☐ List of Students
☐ Travel Waivers for All Students That Attended
☐ W-9 (Dated within the fiscal year July 1-June 30)

# Queens College Association Co-Sponsorship Form

*Please use this form to transfer fund between Registered Student Organizations (RSOs). For all co-sponsorships, organizational minutes authorizing the co-sponsorship must be attached. If this is a payment, the invoice must be attached. This form can be submitted to the Queens College Association in the Student Union, 203.*

**From:** _____, _____
                  **(Print RSO Name)**                                       **(Print 5-digit RSO #)**

**To:** _____, _____
                  **(Print RSO Name)**                                       **(Print 5-digit RSO #)**

**Reason for Transferring Funds:** _____

_____

_____

---

**Requested by:** _____    **Position**:
                  (Print Name of Giving RSO Officer)     ☐ President
                                                         ☐ VP

**Phone #:** _____    ☐ Treasurer
              (Print Phone # of Giving RSO Officer)

**Signature:** _____    **CUNY ID #:** _____
              (Signature of Giving RSO Officer)

**E-mail:** _____@qc.cuny.edu

*By signing, I attest that the above Registered Student Organization is in agreement to transfer funds to another Registered Student Organization.*

---

**Co-Sponsorship Checklist:**
☐ Valid signature of e-board member of giving club
☐ Signed meeting minutes of all people in attendance of said meeting
**NOTE: The transfer of funds will not occur without completed paperwork.**

-------------------------------------------------------FOR OFFICE USE ONLY-------------------------------------------------------

**Verified by:** _____    **Date:** _____

**CO-Sponsorship #:** _____

**Posted by:** _____    **Date:** _____

**Batch #:** _____

# QUEENS COLLEGE ASSOCIATION

# TRAVEL AUTHORIZATION FORM

*Travel Authorization Requests must be submitted to the Student Life Office with the information and documentation requested below at least 4 weeks prior to traveling.*

Organization: _____

Name of Traveler: _____

Telephone #: _____

Address: _____

Destination (City, County, State): _____

Travel Purpose: _____

(attach a copy of the program or conference announcement)

Transportation Used: _____

Is this the least costly method of transportation? _____ If no, why? _____

Departure Date: _____     Return Date: _____

Name and Address of
Transportation Company:

_____     Estimates must be in accordance with Travel Guidelines

_____     Transportation $_____

_____     Lodging        $_____

DOT#: _____             Local Travel   $_____

ICC#: _____             Meals          $_____

                                         Other          $_____

                                         TOTAL COST $_____

I request a travel advance in the amount of $_____ and understand that within seven (7) days after the trip, I shall submit to the Student Life Office a travel expense voucher with cancelled tickets or stubs and receipts for all other costs, plus any excess cash that may be advanced to me.

Traveler: _____     Date: _____

Organization Officer: _____     Date: _____

Budget Review: _____     Date: _____

------------------------------------------------------------------------------------

I acknowledge receipt of a cash advance in the amount of $ _____

Signature of Traveler: _____     Date: _____

[CA Form 310 9/92 1H]

## QUEENS COLLEGE ASSOCIATION
## TRAVEL EXPENSE REPORT

*Travel Expense Reports must be submitted to the Student Life Office with the information and documentation required* **within seven (7) days** *of returning from travel.  Expenses must not exceed the New York State travel per diem rates.*
(Please Print Requested Information.)

Organization: _____

Name of Coordinator/Traveler:_____

Address:_____ Telephone #: _____

Name of Other Student Travelers/Phone #:_____

_____

Destination: Program Name: _____ Location:_____

Mode of Transportation:_____ Departure Date: _____ Return Date:_____

| EXPENSE CATEGORY | AMOUNT |
|---|---|
| Transportation (air, rail, car rental, etc.) | |
| Lodging | |
| Personal Car: _____ miles at $ _____ per mile | |
| Local Transportation | |
| Meals | |
| Registration Fee | |
| Other (provide details on back of form) | |
| **TOTAL EXPENSES** | |

I certify the above represents the expenses incurred while traveling on behalf of the student organization and have attached original receipts as required by Queens College Association Travel Guidelines.

Coordinator/Traveler: _____ Date: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**Reconciliation:**
Expenses Reviewed: _____ Date: _____

**Expenses Exceed Advance**

Date _____ Check #_____

Amount $_____

**Advance Exceeds Expenses**

Date QCA Reimbursed _____

Amount $_____

[Rev. 11/02/02]

# Office of Converging Technologies
### Student Club Email Request/Password Reset Form
To be filled by the student club member needing access to a student club email only



| | Complete this form and return it to the Student Life Office. A copy of your QC ID card must be attached to this form. This form will not be processed if incomplete &/or illegible. All **signatures required**. Please allow **2 to 3 business days** for your request to be processed |

Please do not list more than 1 student club on this form. A separate form is required for each student club. You must complete this form & sign it & then have a full-time Student Life Office staff sign it also.

Student Club President Personal Information **(PLEASE PRINT LEGIBLY)** **(full legal name as registered with Queens College)**

First Name _____ Middle _____ Last Name _____

CUNY1st 8-digit id #: _____ _____ _____ _____ _____ _____ _____ _____   (from when you claimed your cuny1st account)

Intended Use

Student club member please note:
You must a have staff QC Username in order to access the student club email.

## Student Club Email Account (Strawman Account) information:
### (You must have a staff QC Username)

Please check:   ☐ **new email**   **or**   ☐ **existing email**

Full name of student club _____

_____

Acronym for student club (if any) _____

NOTE: Strawman accounts are not handled through CAMS.

NOTE: **You must already have activated your staff QC Username**

My Queens College email address is _____@qc.cuny.edu

All signatures required

Student Club President Signature: _____ Date_____

Print name of full-time Student Life Office staff: _____

**NOTE TO FULL-TIME STUDENT LIFE OFFICE STAFF:**
(Please scan the completed form along with a copy of the student QC ID card to the OIT Accounts Admin at AcctsMgr@qc.cuny.edu to be processed.

**NOTE: An OCT Helpdesk tech must complete the section to the right in order for this request form to be processed.**

**OCT Use Only** — Official document attached by _____ Must be completed by an OCT Helpdesk Tech in order to be processed. _____ Date

# STRATEGY FOR MAKING SAFER LARGE EVENTS AT QUEENS COLLEGE

### Creating A Partnership Between Student-Leaders And Public Safety

- Before allocating any funds and signing any contracts for the program, the president and vice president of the club must sign off on the policy indicating that he/she has read the policy carefully and will collaborate with Student Life and Public Safety.
- Staffing for your event will be determined by Public Safety in conjunction with the Manager of Event Services located in room SU100.  Please keep in mind that each event is unique and has different staffing needs.  There is no one formula used to determine how many Public Safety officers will be required at each event.
- Student Life will coordinate with the club's e-board to create a schedule of student volunteers that will be needed to partner with Public Safety at your event to ensure the event's success.
- Two weeks before the event the club's e-board will train their club members that have been appointed to work the event.
- A week before the event the e-board will submit a schedule of student volunteers and their cell numbers to Student Life and to Public Safety.
- A half hour before the doors open to the public, Public Safety and the student-leaders will have a briefing of the plan in order to be on the same page.
- If Public Safety or the Building Manager shuts down your club's event your organization will not be able to sponsor a dance, social or other large-scale event for two semesters.

I have read the statements on the previous page and I understand the policy and the need to collaborate with Public Safety.

The _____ Club will hold its _____ event on _____. _____ number of people are expected to attend.  Public Safety will provide _____ number of officers and our club will provide _____ of student volunteers.  The schedule will be as follows:

| NAME | CELL# |
|------|-------|
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |
|      |       |

The e-board will train those listed on the chart on _____.

The event is expected to begin at _____ and end at _____.  The student-leaders will be briefed by Public Safety at _____.

_____          _____

Signature of Club President                                          Signature of club VP

_____          _____

Print                                                                          Print

_____                                                        _____

Date                                                                          Date

## POLICY FOR STUDENT CLUBS TO INVITE DIGNITARIES

If your club would like to invite a CUNY officer, a former Queens College faculty member or administrator, or any local or national public figure to Queens College, you must agree to follow the policies outlined below:

1. Your club must be officially recognized by the Student Life Office in Student Union, room 320.
2. The e-board members must be in good standing with the College.
3. The program must be approved by the Student Life Office.
4. Once approved, the program must be approved by the Vice President of Student Affairs.
5. The speaker must be contacted at least 30 days before the event.
6. The President, Provost, Vice President of Student Affairs, Vice President of Finance, or Vice President of Academic Innovation Experiential Education must be notified of the event after it is approved as noted in items 3 and 4. This notification must occur no less than 21 days before the scheduled date of the program.
7. Failure to adhere to these policies will result in your club's budget being frozen for the remainder of the semester.

| NAME OF CLUB OFFICER (print) | SIGNATURE OF CLUB OFFICER (by signing you agree to adhere to the policies outlined above) | TITLE OF CLUB OFFICER | NAME OF CLUB | DATE |
|---|---|---|---|---|
| NAME OF STUDENT LIFE PROFESSIONAL (print) | SIGNATURE OF STUDENT LIFE PROFESSIONAL | TITLE OFSTUDENT LIFE PROFESSIONAL | | DATE |
| NAME OF VP OF STUDENT AFFAIRS (print) | SIGNATURE OF VP OF STUDENT AFFAIRS | | | DATE |

_____

Name of visitor                                    Date of program

# FRATERNITY & SORORITY LIFE
# POLICIES & PROCEDURES

The fraternity and sorority experience provides students with opportunities for development in many aspects of collegiate life, including leadership, friendship, scholarship, and citizenship.  In addition, membership in a fraternity or sorority provides relationships with alumni, volunteers, campus administrators and the surrounding community in a meaningful and purposeful way that fosters a commitment to service and lifetime membership.

The City University of New York does not ban the formation of fraternities and sororities on its campuses, however fraternities and sororities are not recognized by the CUNY policies due to their single-sex membership restrictions.

In order to be recognized at Queens College, fraternities and sororities fall under a Registered Student Organization (RSO) called the Inter-Greek Council (IGC).

The Inter Greek Council (IGC) functions as an advisory committee and not a regulatory or governmental Greek body.  The mission of IGC shall promote and uphold Greek life through unity, dedication, and commitment to enhance the quality of student life on campus.  It is that ritual and commitment to life long brotherhood and sisterhood which separates fraternities and sororities from other student organizations.

IGC serves as an umbrella organization for the three separate councils in the fraternity and sorority community at Queens College. IGC's sole purpose is a programming board for the fraternity and sorority, as well as an organization for financial management.

The Councils at Queens College:
   1. College Panhellenic Council (CPC)
   2. Interfraternity Council (IFC)
   3. Multicultural Greek Council (MGC)

Any organization seeking recognition by the Inter-Greek Council at Queens College, must follow the appropriate recognition processes.

Although, the fraternities and sororities are not officially deemed Registered Student Organizations (RSOs), all CUNY and Queens College involvement, programming, behavior, and academic policies apply to members of fraternities and sororities.

I.    HAZING POLICY

Queens College has a zero tolerance policy for hazing. The College does not tolerate or condone any acts associated with hazing.

The Fraternal Information & Programming Group (FIPG) defines hazing activities as:

Any action taken or situation created, intentionally, whether on or off fraternity premises, to produce mental or physical discomfort, embarrassment, harassment, or ridicule. Such activities may include but are not limited to the following: use of alcohol, paddling in any form, creation of excessive fatigue, physical and psychological shocks, quests, treasure hunts, scavenger hunts, road trips or any other such activities carried on outside or inside of the confines of the chapter house; wearing of public apparel which is conspicuous and not normally in good taste, engaging in public stunts and buffoonery, morally degrading or humiliating games and activities, and any other activities which are not consistent with academic achievement, fraternal law, ritual or policy or the regulations and policies of the educational institution or applicable state law.

Hazing may also include any action taken or situation created, intentionally, or unintentionally, whether on or off Queens College premises to produce mental or physical discomfort, embarrassment, harassment, or ridicule. Such activities may include but are not limited to the following:
- Use of alcohol (on or off campus)
- Cyber Bullying
- Mandated uniform (of any type) on specific days or times
- Any other activities which are inconsistent with the rules and regulations of Queens College

If any Queens College student feels they have been hazed or harmed, or you have seen or know of a hazing/harmful incident, students are encouraged to report these incidents directly to the Dean of Students.

All members of the Queens College campus community are responsible for ensuring that QC remains free from hazing. Failure to report acts of hazing to college officials is a violation of the College's hazing policy. Those failing to report knowledge of or information about incidents of hazing may be subject to disciplinary action. Outcomes for violations of the College's hazing policy may include, but are not limited to, loss of membership or loss of student recognition at Queens College, and/ or criminal

prosecution. Students found violating the Code of Student Conduct can face immediate expulsion from the college and suspension of the organization activities.

In cases of individual violators, appropriate disciplinary action may be imposed on the individual student. In cases where organizations have authorized such conduct, loss of privileges, temporary suspension of registration, or rescission or termination of registration may be imposed. Such penalties shall be in addition to any penalties pursuant to the penal law.

## New York State Law and Upcoming Legislation
### *New York State Penal Law, Chapter 716, Section 1 (effective November 1, 1988)*

### 120.16: Hazing in the first degree

A person is guilty of hazing in the first degree when, in the course of another person's initiation into or affiliation with any organization, he intentionally or recklessly engages in conduct which creates a substantial risk of physical injury to such other person or a third person and thereby causes such injury. Hazing in the first degree is a class A misdemeanor.

### 120.17: Hazing in the second degree

A person is guilty of hazing in the second degree when, in the course of another person's initiation or affiliation with any organization, he intentionally or recklessly engages in conduct which creates a substantial risk of physical injury to such other person or a third person. Hazing in the second degree is a violation.

## II.    RECRUITMENT & NEW MEMBER EDUCATION

The aim of Queens College concerning a Greek Lettered Organization's new member education/initiation is that it be a positive, educational experience for all involved. Hazing is not tolerated in any form as part of the new member program or as acts of individual members of the chapter The new program (recruitment/pledge program/new member class/membership intake process) is to be no longer than 8 weeks.  New members should be informed as to the date of initiation no later than two weeks after the new member program begins. New members should never be subject to sleep deprivation and should never be forced to stay or live anywhere against their will. All new member activities must be alcohol free. Initiation is no exception.

III.    EXPANSION & RECOGNITION

Recognition is the formal process by which the fraternity and sorority councils determine whether a social fraternity or sorority may become affiliated with the designated council, the Inter-Greek Council, and gain certain university privileges. University privileges may include the use of meeting and program space, on-campus solicitation and fundraising, and recruit students enrolled at Queens College for membership.

**REQUIREMENTS**
If your respective Greek lettered organization would like to expand to the Queens College campus, please see below for requirements and check list on how to proceed.

**STEP ONE:**
Meet with the appropriate staff member in the Office of Student Development & Leadership regarding the formation of an interest group.

**STEP TWO:**
Submit via email to the Office of Student Development & Leadership the documents listed below.
- General Background Information (History, Membership Requirements, etc.)
- Proof of General Liability Insurance Coverage
- National Expectations, Standards, and Risk Management Policy
- Colonization and Chartering Requirements
- Details of Support Provided for Colonies and Chapters
- New Member Education/Membership Intake Program
- Current roster of membership
- Submit letter of recognition status from National governing body on organization letterhead

**STEP THREE:**
An interest group is required to gain recognition by a majority vote of a designated council in order to become a fully functioning organization in the fraternity and sorority community.

In order to gain recognition, interest group should contact the OSDL staff to set up a meeting with the designated council. The interest group will be expected to present their organization to a voting body (1 representative from each organization of a designated

council). If an organization does not receive a majority vote, they will not be eligible to operate under the Inter-Greek Council on campus.

**STEP FOUR:**
Once a group receives recognition from a governing council, they must register with the Office of Student Development & Leadership.

Note: An official relationship with an organization begins and ends with a partnership between the College and the inter/national organization. Therefore, students will not be able to form a fraternity or sorority unless this partnership has been established. Organizations must adhere to this policy and participate in an expansion/extension process as required by the respective Greek governing council in order to become a recognized organization at Queens College.

IV.    COUNCIL DESCRIPTIONS

**Interfraternity Council (IFC)**: Organizations affiliated with the North-American Interfraternity Conference (NIC), and other inter/national general men's fraternities, can be considered for Interfraternity Council (IFC) membership.

**Multicultural Greek Council (MGC):** Organizations affiliated with the National Association of Latino Fraternal Organizations (NALFO), National Asian/Pacific Islander-American Panhellenic Association (NAPA), National Multicultural Greek Council (NMGC), and other inter/national culturally-based and special interest fraternal organizations, can be considered for Multicultural Greek Council membership. In addition, all historically African-American (Divine Nine) fraternities and sororities, affiliated with the National Pan-Hellenic Council, Inc., may be considered for MGC membership.

**College Panhellenic Council (CPC):** Organizations affiliated with the National Panhellenic Conference can only be considered for membership after fully participating in the NPC Extension Process. Other national general sororities and women's fraternities may be considered for Panhellenic Council associate membership if eligible.

V.    ORGANIZATIONAL STATUS

To maintain good standing and continue on campus at Queens College, all OSDL recognized organizations must meet the following expectations:

1. Sustain at least four (4) student members enrolled.

2. Select students, currently enrolled at Queens College, to serve as the following officers: President, Vice President, Treasurer, and Secretary.

3. Maintain a current roster of all chapter members with the OSDL that includes full names, CUNY Student ID Number and contact information.

4. Attend all required activities and meetings as required by the OSDL.

5. Adhere to all university policies as they pertain to fraternities and sororities, registered student organizations, and Queens College students.

6. Meet any requirements and expectations set forth by the respective Greek council at Queens College.

VI.    FRATERNITY & SORORITY DISCIPLINE

All recognized fraternities and sororities will be held accountable to high expectations as set forth by the OSDL, their national organization, and their respective council. Failure to meet expectations or for violations of policies, oversight bodies can impose sanctions, which may include the loss of privileges and/or recognition.