# Proposed RSO Recognition-SAF Allocation Procedures

## New RSOs Recognition Process

**[OSDL Handbook, pages 8-9, replace all text between the conclusion of the New Org Packets sub-point and the start of the "Campus Affairs Committee" Section with the following]**

- Queens College recognizes that students of diverse viewpoints benefit from joining together to pursue common goals and it recognizes student organizations for the purpose of providing a forum for the educational, intellectual, and social benefit of its students.

- Once an Organization Interest Group submits its New Org Packet, it is required to meet with and make a presentation to the Campus Affairs Committee (CAC) to demonstrate the viability of the proposed organization.  (The CAC is a standing committee of the Student Association.  Its members are nominated and elected in accordance with the Student Association  Constitution.)

- To demonstrate viability as an RSO, each Organization Interest Group must provide the CAC with a written description of the programs, activities, or events the group intends to sponsor.  During the meeting with CAC, the Organization Interest Group should be prepared to discuss its written description with the CAC.  The CAC's decision on an Organization Interest Group's application for RSO recognition will be based solely on the group's submission of a properly completed New Org packet and its demonstration of a bona fide intent to sponsor programs, activities, or events for students at Queens College.

- Within ten (10) business days after an Organization Interest Group has made its presentation to the CAC, the CAC will provide the organization with a written decision approving or denying the organization's application for RSO recognition.  In the event the CAC denies the organization's application, its written decision will detail the reasons for its determination.

## Organization Interest Group's Procedure for Appealing a CAC Decision Denying Its Application for RSO Recognition

**[OSDL Handbook, page 8, following last bullet in "New RSOs Recognition Process"]**

- In the event the CAC issues a written decision denying an Organization Interest Group's application for RSO recognition, the group may appeal the decision to the Dean of Students.

- All appeals must be in writing and must be submitted to the Dean of Students within ten (10) business days of the CAC's transmittal to the Organization Interest Group of its written decision denying the group's application.

- An Organization Interest Group's appeal of a CAC decision denying its application for RSO recognition must be based on one or more of the following grounds:
  - The CAC failed to follow the procedures in the "New RSO Recognition Process" set forth above;

- o The CAC's decision was based on a misinterpretation of the group's presentation to the CAC during the "New RSO Recognition Process" set forth above;

- o Following the group's presentation to the CAC during the "New RSO Recognition Process," but prior to the appeal deadline, new information became available to the group that, if included in its presentation, would have resulted in an affirmative decision by the CAC on the group's application; or

- o The CAC's decision was arbitrary, capricious, or viewpoint discriminatory.

- The Dean of Students or designee shall hold a meeting with the Organization Interest Group within ten (10) business days of receiving the group's appeal.

  - o The CAC shall provide all application materials, meeting minutes, and grounds for the CAC's decision to the Dean of Students or designee in advance of the meeting.

  - o The Organization Interest Group shall have the opportunity to present its proposal for recognition to the Dean of Students or designee, and must be prepared to discuss the bases for its appeal.

- Within twenty (20) business days of meeting with the Organization Interest Group, the Dean of Students or designee will provide the group with a written decision granting or denying the group's appeal and detailing the reasons for that determination.

## Budget Request Processes and Procedures
**[OSDL Handbook, pages 25-26]**

Recognized Student Organizations requesting financial support from the QCA are required to complete and submit a Budget Request form.

*First-Year Recognized Student Organizations*

The QCA will allocate a minimum starter kit amount of one hundred dollars ($100.00) to each RSO for its first year of operations as long as the RSO submits a request for the starter kit amount prior to the date for RSO budget submissions determined and published by the Office of Student Leadership and Development each Spring Semester.

To obtain the starter kit amount, the first-year RSO must submit a brief written outline of its anticipated activities for the year.  A first-year RSO may obtain additional funding beyond the starter kit amount by submitting:

   i.   a detailed written description or descriptions of the specific programs, activities, or events the RSO intends to sponsor; and

   ii.  accurate written cost estimates of any required supplies or services that correlate to the programmatic needs (or logistical requirements) of the programs, activities, or events.

*Recognized Student Organizations that Have Previously Received QCA Funding*

RSOs that have previously received one or more budgets from the QCA and submit a budget

request for a successive year will be expected to provide:

i.     a written submission demonstrating that they have effectively utilized the funds that were allocated to them in the prior year to accomplish the goals for which those funds, if any, were awarded;

ii.     a detailed written description or descriptions of the specific programs, activities, or events the RSO intends to sponsor;

iii.     accurate written cost estimates of any required supplies or services that correlate to the programmatic needs (or logistical requirements) of the programs, activities, or events;

iv.     a written estimate of the revenue expected to be generated in the coming year through dues, ticket sales, fundraisers, donations, or other means; and

v.     a written account of revenue received during the prior year through dues, ticket sales, fundraisers, donations, or other means.

In the event that a program, activity, or event that an RSO intends to sponsor appears to duplicate one that is already scheduled to be sponsored by another RSO in the upcoming academic year, the RSO will be required to provide justification of its need to sponsor a duplicate program, activity, or event.

The amount of funding an RSO may receive is determined by its stated programmatic needs and is dependent upon submission of accurate documentation supporting the request.  Additional consideration is given to the number of RSOs that have applied for funding, since funding a large allocation for one RSO could limit funding for others.  All allocations will be made solely based upon the viewpoint-neutral criteria described herein.

*Written Decisions on RSOs' Approved Budgets*

After the budget process is complete, in the event that any RSO's approved budget is less than the total amount it requested in its resubmitted budget, the RSO can demand a written decision setting forth the basis for the QCA's decision to award the RSO the reduced amount within ten (10) business days after it receives its approved budget.  Within twenty (20) business days of receiving such demand, the QCA shall provide the RSO with a written decision detailing the reasons that its approved budget was less than the total amount requested.

## Budget Appeal Process
**[OSDL Handbook, page 26, following step 8]**

In the event that an RSO's approved budget is less than the total amount that the RSO requested in its resubmitted budget, the RSO may appeal the QCA's written decision setting forth the basis for its award of the reduced amount.  An RSO may also appeal the QCA's determination of its approved budget, if the QCA failed to issue a timely written decision after the RSO properly demanded one.  All appeals will be heard by the President or his or her designee.

Appeals must be in writing and must be submitted to the President or designee within ten (10) business days after the RSO receives the QCA's written decision, or if the QCA failed to issue a

timely written decision after the RSO properly demanded one, within ten (10) business days after the time for the QCA to issue the decision has expired.

An RSO's appeal must be based on one of the following two grounds:

- The QCA's or the Budget Committee's approval of the budget, its determination of any allocation for an item therein, or the President's disapproval or suspension of the budget or any item therein, in whole or in part, was arbitrary or capricious; or

- The QCA, the Budget Committee, or the President engaged in viewpoint discrimination in approving, determining an allocation of, or disapproving or suspending the budget, or any item therein, in whole or in part.

Within twenty (20) business days of submitting the appeal, the President or designee will provide the RSO with a written decision granting or denying the appeal and detailing the reasons for that determination. If the President or designee grants the appeal and approves a new final budget, the new budget will be included in the written decision.